Allen McCray
January 27, 2026

DEFENDANTS' EXHIBIT A E-FILED
Friday, 15 May, 2026 02:18:17 PM
Clerk, U.S. District Court, ILCD

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

ALLEN McCRAY, 20250424145,      )
                                )
              Petitioner,       )
                                )   Case No. 25-cv-4050-SLD
OELBERG, et al.,                )
                                )
              Defendants.       )

VIDEOCONFERENCE DEPOSITION

     The following is the remote deposition of ALLEN McCRAY, taken before Heather E. Lewis, Notary Public, Registered Professional Reporter, Certified Realtime Reporter, pursuant to Notice of Taking Deposition, via Zoom, commencing at approximately 9:06 a.m., January 27, 2026.

                    *    *    *

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

APPEARANCES:

On Behalf of the Petitioner Pro Se:

    Allen McCray, 20250424145
    Cook County Jail
    Individual in Custody/Legal Mail
    PO Box 089002
    2700 South California
    Chicago, IL 60608

On Behalf of the Defendant(s):

    Maira Perez Velazquez, Esq.
    McKenna Plotner, Esq.
    Assistant Attorney General
    ILLINOIS ATTORNEY GENERAL
    500 South Second Street
    Springfield, Illinois 62701
    Phone:  (217) 782-9015
    Email:  Maira.PerezVelazquez@ilag.gov



DEFENDANTS' EXHIBIT A

DEPOSITION REFERENCE INDEX

Examinations:
        By Ms. Perez Velazquez:   4


                    EXHIBIT INDEX

               (No exhibits marked.)

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

P R O C E E D I N G S

The remote deposition of ALLEN McCRAY was commenced at 9:06 a.m. as follows:


ALLEN McCRAY,

a witness in the above-entitled

action, after having been first

duly sworn, deposes and says as

follows:


*   *   *


EXAMINATION


BY MS. PEREZ VELAZQUEZ:

Q.    Good morning, Mr. McCray.  I am here -- I'm representing Defendants in the case that you filed, 25-cv-4050.

**A.    Uh-huh.**

Q.    Are you aware that that's the deposition that you're participating in today?

**A.    Yes.**

Q.    So have you ever participated in any deposition prior to this one?

**A.    Yes.**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

Page 5

Q.     Okay.  I'm gonna go over briefly some ground rules since you've been a part of depositions before.

If at any point you can't hear or see me, please let me know.  I will make sure that we take a break and try to figure out those issues.

The purpose of today is really fact finding, for us to get your side of the story, so I'm gonna, you know, ask you questions about the allegations that you've made on your complaint and we'll get into some of the details of what occurred related to your complaint.

It's important that we be considerate of the court reporter, so I will do my best not to interrupt you and let you finish whatever answer you'd like to provide, and I'd like for you to also not interrupt me and let me finish whatever question I'm making of you.

**A.     All right.**

Q.     For the deposition, it's important that you answer verbally.  It's helpful for you not to, you know, answer with uh-huhs or mm-mmms, for you to be just be very clear in whatever your answers are because she's gonna take them all down.

At this point, if you answer one of my

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

questions, I'll assume that you understood it and that you're answering it truthfully.  Is that fair?

A.    Yeah.

Q.    Okay.  Are you on any medications this morning that are going to affect your ability to recall events or respond truthfully?

A.    No.

Q.    I'm going to go ahead and get into some general background, but if at any point during the deposition you feel like you'd like to take a break, please let me know.

A.    All right.

Q.    All right.  What is your date of birth?

A.    5 -- May 11th, '78.

Q.    And what is your current age?

A.    47.

Q.    Where were you born?

A.    Chicago.

Q.    Have you ever changed your name legally to anything other than Allen McCray?

A.    No.

Q.    How long are you gonna be at Cook County for?

A.    That, I don't know.

Q.    How long have you been there now?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

**A.** Since August.

Q. And you're at Western for a writ right now?

**A.** Yeah.

Q. How long have you been at Western?

**A.** Since '24 -- April of '24.

Q. Okay?

**A.** Or is it '23? Yeah, '24 April. Wait, man, hold on. That's crazy. I don't -- like --

Q. So you've --

**A.** -- '23 or '24. I'm not sure.

Q. You -- I apologize. Just to clarify, you've been -- you were at Western prior to going to Cook County?

**A.** Yes.

Q. Gotcha. So, since being at Cook County, that is technically your primary designated facility?

**A.** Western?

Q. Or is it -- or is it Western?

**A.** I believe it's Western.

Q. Okay.

**A.** Because if I was to leave here, I would go back to Western.

Q. Okay. Have you been housed at any

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

Page 8

other federal facility at any point?

A.      Federal, no.

Q.      While at Western, have you completed any educational programs?

A.      No, they don't -- they don't allow me to because I got too much time.

Q.      Do you have a GED?

A.      No.  They won't let me go to school. They say every time -- I've been on the waiting list for 15 years.

Q.      Prior to coming in, did you have any college or high school that you completed?

A.      No.

Q.      Are there any training or trade schools that you've participated in?

A.      No.

Q.      Have you ever been convicted of any felony that involves a crime of dishonesty such as, you know, writing a bad check or not telling the truth under oath for any reason?

A.      No.

Q.      And what is your current sentence?

A.      42 years.

Q.      Other than this case that we're here deposing you on, have you filed any other suits

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

against IDOC?

A.     Yes.

Q.     Can you briefly tell me what those are?

A.     **One was for excessive force and one was for my back.  It was -- I think that was pain and suffering or pain -- cruel and unusual punishment.  I believe.**

Q.     Have those reached any disposition, settlement, have they gone to trial?

A.     **The first one it was a settlement, with the excessive force, and the next one, they -- I don't know -- deadlined this, so they threw it out, I believe.**

Q.     Other than those two cases, is there any other one that you're involved with?

A.     **No.**

Q.     So, at this point, this is your only active suit?

A.     **Yeah.**

Q.     I want to talk a little bit about your medical history.  It looks like the incident that you alleged occurred happened towards the end of March of 2023, so I want to talk about what your -- what issues, if any, you had in terms of your health or your mobility around March of 2023.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

A.    My rotator cuff in my shoulder -- my shoulder's messed up.  My back -- I have back problems.  And my foot, my foot is, like, paralyzed.

Q.    I'm gonna go through each of these one by one.  For your rotator cuff, what were the issues that you were having with it?

A.    It just cause me pain.  It's popping.  I don't know, it's -- it pops -- I don't know, it just causes me pain, a lot of pain.  It's real bad, especially when I put my hands behind my back.

Q.    Is this from a prior injury that happened before March of '23?

A.    Yeah, I believe it's -- yeah, I believe it's from some weights or something back in, I want to say, probably like 2014 or something.  Somewhere around that time.

Q.    So you've been struggling with kind of --

A.    Yeah.

Q.    -- shoulder/rotator issues since 2014?

A.    Yes.

Q.    Have you had any surgery --

A.    No.

Q.    -- for that issue?

A.    No.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Q.    And this is -- at no point since 2014 have you had surgery or anything like that?

A.    **They just give me pain pills.**

Q.    On which side is that rotator issue?

A.    **My right.**

Q.    Your right side?

Do you have any medical permits for that issue that you've been having?

A.    **Permits?**

Q.    Yeah, medical permits.

A.    **Yeah, a double cuff permit.**

Q.    When did you get the double cuff permit?

A.    **That, I don't know.  I'd have to look on the permit.  See, all -- everything -- all my property is in Mount Sterling, so I don't have nothing.**

Q.    All of your property is -- where did you say?

A.    **In Western.**

Q.    In Western.  Hopefully -- if there's, you know, any issue that arises related to you not being able to access your property, we can address that at a -- at a later date, or we can discuss that at some point.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

So I want to talk about your right shoulder.  So it looks like -- you were talking about having a double cuff permit, but you couldn't recall exactly when you got it.  Was it before 2023?

A.     **Yeah, way before 2023.**

Q.     Okay.

A.     **And they made it indefinite.**

Q.     Other than that double cuffing permit, do you have any other permit related to your shoulder?

A.     **No.  No, I don't think that -- I don't think that -- no, no, no.  I had a bottom bunk permit, but I don't think that relates to my shoulder.**

Q.     Okay.

A.     **That's my back issue.**

Q.     Okay.  All right.  I want to talk about your back issues now.  So what were some of the back issues that you were having?

A.     **And I had a -- when I -- when I go to Stateville, court writs, I had -- what you call that? -- for the lockbox, a permit for them not to put the lock 'cause that triggers my shoulder too.  But that expired, but, you know, I had a permit for them not to put the lockbox pertaining to my shoulder.  I forgot about that one.**

Q.     Do you know when it expired?

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

A.    Ooh.  No, because, like I said, I don't have the paperwork.

Q.    Was this lockbox permit active as of March of 2023?

A.    Oh, no, no, no, no.

Q.    Was the double cuff permit active as of March of '23?

A.    Yes.

Q.    Okay.  So you mentioned you had some back problems as well.  Can you tell me a little bit about those?

A.    I've got degenerative disc disease.

Q.    Can you tell me what that is?

A.    They said my L5 disc -- like, the collagen between my spine is missing and is rubbing the bones and perking on the nerve.  That's what's causing the pain.

Q.    Have you had any medical treatment for your back issues?

A.    Yes.

Q.    Can you tell me what that is?

A.    They gave me a cortisone shot and they gave me pain pills.  I was scheduled to see a neurologist, but I never went.

Q.    And then you also mentioned that you

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

had some issues with one of your foots [sic]?

A.      **Yeah.**

Q.      Can you tell me what that is?

A.      **My toe don't move.  I got nerve damage in my foot from the surgery I had.**

Q.      When was that surgery?

A.      **Oh, that was back in '98.**

Q.      Have you been in physical therapy for any of these issues?

A.      **I suppose, yep.  Since I've been here I've been in therapy, but I was supposed to have been going to physical therapy.  And when I was down there, they just never -- they don't do their -- the IDOC don't do their job.  Never went.**

Q.      You never went while you were at Western?

A.      **No.**

Q.      And what's the physical therapy that you're doing now?

A.      **They just -- basically, just gave me some stretching exercises to help with the pain and stuff, I guess.**

Q.      Are these stretching exercises for your back, your shoulder, or your feet?

A.      **For my back.  There's nothing I can do**

888-893-3767            Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com        Nevada Registration #116F  -  California Firm Registration #179

 LEXITAS

DEFENDANTS' EXHIBIT A

for my feet.

Q.     Are you doing any physical therapy specifically for your shoulder?

A.     No.

Q.     Prior to the incident that you alleged in March of '23, what -- could you describe the pain that you were experiencing in your shoulder?

A.     **I want to say it's beyond a 10.  Like, you know, whenever I put my hands behind my back, that's when it really, really causes me pain.  So it was hurting real, real bad.  That's why they give me double cuffs, so it won't be as close.  And I'm a big guy, too, so it really hurts.  I can't explain the pain, but it's above -- it's above a 10.**

Q.     So I'm gonna get into the facts of the case.  The court, in its merit review order, allowed you to proceed with an 8th Amendment claim for excessive force against Defendants Oelberg, Burford and Trone.  Is that your understanding?

A.     **Yes.**

Q.     So can you tell me a little bit about what -- how March 28th of 2023 started?  Like, what were you doing that morning?  Did you have any plans to be moved somewhere?  What was going on?

A.     **They came to my cell for a shakedown.**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

And they were trying to put the cuffs on me, and I was just telling them I got a double cuff permit and he -- they didn't want to hear it.  The next -- they trying to force my hands behind my back.  I'm telling them, this hurt.  I got a double cuff permit.  All they gotta do is get me another cuff.  They called 1010 and everything for nothing.  And then when they finally put the cuffs on me, now I'm hollering like -- because it's hurting.  And all the police came -- all the other officers came and they saw it.

And then one of them, Burford, once they had the cuffs on my back -- they're behind my back, and Burford came -- I guess I wasn't walking fast enough for him, or I don't know what's going on with him, him and Trone just grabbed me and just started manhandling me and forcing me off the wing.  Like I said, there's a door right here, and they used my -- basically my face, my head, they pushed me through the door.  That's how the door got opened.  And then they kept forcing me to the other door.  Did the same thing through three doors with my face and my head.  I don't know if they even -- the lieutenant had to stop them.  Like, man, what is ya'll doing?  Because they knew they was wrong, you know?

Q.    Who was the lieutenant?



A.    It's crazy, I can't even remember his name.  I know one of them was Mathley, I remember him, but -- Mathley and -- the other lieutenant -- man, what's his -- because Mathley took me -- Jones, that's his name.  Lieutenant Jones.

Q.    So Jones -- you're saying Jones saw them -- saw Burford and Trone pushing you through the doors and you told them --

A.    No, once I came outside -- it's three doors.  They forced me out this first door to get out the wing into the core.  Then they forced me to that door.  There's another door that's gonna lead to outside.  Forced me out that door.  And there's another door to get outside.  Forced me out that door.  Once I'm outside, they still was -- and that's when Jones and Mathley was coming up.  And they -- man, what is you -- because the way they was handling me was wrong, especially when I got on these cuffs like that.  And they took me from there.  But Jones, he's like, "You cool?"  I'm like, "Man, I'm cool.  I don't know what's wrong with them."  And they let me get my shoes, because my shoes came off and everything.

And then Mathley took me -- took me -- they was trying to take me to seg or whatever.  I'm telling him, "Look at the cuffs, man.  The cuffs

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

cutting into my skin."  They on here -- they done -- all the stuff -- they squeezed so tight on my skin, it cut into my skin, like, to my wrist.  So if you -- and I told him -- Mathley uncuffed them.  I'm telling them I got a double -- I'm telling Mathley I got a double cuff permit.  Only thing he did was he unloosened the cuffs.  I told him --

All this -- everything is on camera from the wing, Unit 3B, from where they manhandled me from the jump, out the door.  The camera in the core see this, manhandling me out the door, using my face to open -- using my face to open the door 'cause the cameras are right over the door.

Then Mathley, he uncuffed the cuff out of my skin.  And now I'm telling him, "Why don't you just give me another cuff?"  And I'm telling him, "I need some medical attention.  I need to see the doctor."  He bypassed the healthcare, took me to seg.  Now, when he got me into seg, I'm telling -- they put me in the holding cage in seg.  And it's -- I forgot -- see, this is a John Doe officer.  I don't know his name.  He was there.  They put me in a cage.  And then the Nurse Lewis -- one of the nurses' name's Ms. Lewis -- she came from somewhere, I don't know.  But I'm telling her, "Look at my wrists, look at my head."  I

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

got knots and stuff all over my head from them doors. My hands 'swoll like boxing gloves, cut -- cut all in my wrists. I'm telling her, "Look," and she looking, and she looked at the officer, and she left. She said, "I'll be back." And she never left -- I mean, she left and never came back.

So now the nurse practitioner came in, Kramer, she came in to see somebody else. And I'm calling her. I'm like, "Man, I'm dizzy. I need to see" -- "I need some medical attention." She told me put a -- when I tell them I'm dizzy, the John -- the officer opened the door and gave me a chair to sit down so I won't fall out when I was in the cage. And Kramer tell me to put in for sick call. I said, "What do you mean, put in for sick -- I need to see a doctor now." She -- put in sick call. All right, whatever.

So while I'm in the bullpen, I'm telling them I need medical attention. I need to see somebody because I'm in pain, I'm hurting. And they call -- they call -- what was this? I think it's a major at the time, Major Ford. Major Ford came in and told me if I don't go to my cell he gonna call the tac team on me and make sure I sustain more injuries, so I went to my cell and I just filled out the sick call list. You know what I'm saying? And they never

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                              Page 20

called me.  They never called me to sick call till days later.  Days later, they finally called me to sick call.

And I done wrote grievance on all -- everything is on camera.  I wrote grievances about everything.  And she got mad.  She talking about, "I don't have to see you" -- this is the nurse practitioner -- "when I read your grievance, I don't have to see you."  What do you mean you don't have to see me?  She gave -- then they went in my medical -- I don't know what's wrong.  She gave me some Naproxen.  I told her my hands -- my hands, like, don't have no feeling in them.  And she talking about, "Oh, that's information."  I'm like, it can't be no information because like even -- okay, give me Naproxen for the information, I guess.  But in my medical records, she put it there -- or Ms. Kramer -- I mean, not -- Ms. Lewis -- somebody, I don't know who did it, actually.  I think it's -- Lewis's name on it -- saying that she looked at me and there was nothing wrong with me.  Said I had zero swelling, zero red, zero abrasions, something like that.  And I'm like, how is this?  But they doing this to cover up for the staff, I guess.  I don't know why they did this.  But okay.

Now I'm behind this -- this is when

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                Page 21

they -- this was Galesburg, when I was in Galesburg, in medium.  And behind this, they kicked me out.  Kicked me out and sent me to Mount Sterling.  And I'm still pushing the issue because there's information, time going by, still have no feeling -- to this day, I still have no feeling in these two fingers right here on my hand.  And it's because of this.  I can't even -- I cut hair.  It's, like, hard.  Like, I hold them, but it's like I can't feel -- I drop stuff because I'm -- when I'm -- because of this.  These fingers right here is numb.  Like, this whole finger numb, and half of this one is, like -- it's numb because of the nerve damage that they caused, you know?

So I had -- when they sent me to Mount Sterling, six months later I finally go to an outside neurologist, and they did the nerve test, whatever, and they still -- they say I have nerve damage in my right hand.  I'm right-handed, you know what I'm saying?  So it's very -- I've been trying to work -- learn how to work with my left hand, but, you know, it's like starting as a baby again, you know?

Q.    So I'm gonna ask you some questions about the things that you just said.  You mentioned that they came to your cell on March 28th of 2023 for a shakedown.  Do you know what the purpose of the



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

shakedown was?

A.    No.

Q.    Do you know whether the shakedown was a routine shakedown or were there any issues that they were bringing up with you that morning?

A.    **Well, it was 7:30 in the morning, they came in talking about a shakedown.  It was Officer Burford and Officer Williams.  There was just two officers.  I thought it was a random, random shakedown, because they come through and shakedown like that random, you know?**

Q.    And you said there was another --

A.    **Go ahead.**

Q.    You said that there was Officer Burford and an Officer Williams?

A.    **Yes.**

Q.    Was there anyone else in the cell with you at the time?

A.    **Yes.**

Q.    Who else was there with you?

A.    **My celly.  His name was Travis Ashby.**

Q.    Were there -- were there any items that were identified during the shakedown that morning or removed from your cell?

A.    **Yeah, they said they found a pen casing**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

that tested positive for synthetic cannabinoids.  They said they found it in my property.  But I don't know why they said they found it in my property, two people in the cell.  Even when they wrote the ticket, they -- it's like they was targeting me for some reason.  And I've been -- I got a million grievances in Mount -- what's that -- Western, about them constantly retaliating against me, just keep messing with me.  I even -- I even wrote the governor about this.  I went to hole -- went to seg for writing the governor about all the harassment in that facility.

But they say they found it on my property, but it's two people in the cell.  They don't say, like, oh, this is McCray's property because it has this and that and the other.  When they wrote the ticket, they wrote the ticket like I was in the cell by myself.  My celly's name is nowhere in the thing.  Only thing my celly's name is on is my ticket.  Well, with my witnesses that said that it's his.  That was his, it's not even mine.

Q.     Have you -- go ahead.

A.     Yeah, he wrote on the ticket -- like I said, on the original ticket, original copy, which was somehow -- the bottom half is not -- the bottom half of the ticket is not copied because somebody ripped it

888-893-3767          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com      Nevada Registration #116F - California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                Page 24

off because -- his name is on the original ticket, and it shouldn't be ripped off the original ticket, saying that it's his and I had nothing to do with it.  But like I said, I was targeted.

Q.    Was that synthetic marijuana in the cell yours?

A.    No.  It was -- but it was no synthetic marijuana.  It was a pen casing.  I guess it tested -- that he used to smoke out of, let me put it that way.  He smoked out of there, and I guess it had --

Q.    Residue?

A.    Yeah, residue or whatever.  Yeah.  It has nothing to do with me.

Q.    Gotcha.  So you had mentioned that Burford and William had come to your cell.  Did they ask you to cuff up --

A.    Yes.

Q.    -- prior to them making entry?

A.    Yes.  When they came to my cell, I was using the bathroom.  I was wiping the toilet off.  And that's when the door opened.  They said shakedown. Like, all right, let me wash my hands.  No, come up out of there.  Like, I can't wash my hands?  No.  So I came out of the cell.  Burford grabbed me.  He trying to cuff me up, put the handcuffs on me.  And he trying

DEFENDANTS' EXHIBIT A

to force me -- I'm like, "Come on, man, this hurt.  I got a double cuff, man, I need another cuff."  He not trying to hear that.  So he steady trying to force my hands behind my back.  I said, "Come on, man, this hurt."  So he pulled out his mace, like he was finna mace me if I don't put the cuffs on.  So I let him put the cuffs on.

And when he put the cuffs on, he gave me to Williams.  And when he gave me to Williams -- as a matter of fact, he called 1010.  He called the other officers all available, I guess saying I wouldn't let him cuff me up.  But he gave me to Officer Williams, and, man -- by the way, I just remember when Williams had me, all the other folks came in, but nobody -- because I'm hollering, this hurts.  I'm like, "Come on, I need another cuff.  This hurts.  Ya'll hurting me."  But all the other police was -- this is when -- wait.  Back up.  It's not Burford.  I said Burford let me out the cell, didn't I?

Q.     Yes.

A.     No.  I meant Oelberg.  I'm sorry.  Oelberg is the one who came -- Oelberg and Williams is the one who came.  Burford came in with the rest of the police.  Yeah.  I'm sorry.  I got their names mixed up.  It was Oelberg who tried to cuff me up.

Oelberg and Williams the ones came to my cell for the shakedown.  And when all the police came, that's when Burford and Trone came in.  And they were trying to escort me out -- I'm steady telling them this hurt, I need another cuff.  Come on, man, this -- ya'll hurting me, you know what I'm saying?  And Burford -- this is when Burford and Trone grabbed me and forced me off the wing.

Q.    Were you resisting the cuffs at all?

A.    I ain't hear you.

Q.    Oh.  Were you resisting the cuffs at all?

A.    No.  I wouldn't call that resisting, I'm just telling them I needed -- my hands don't even go behind my back.  So it's like I'm not resisting, it's, like, I can't do it, though.  They literally forced that on me.  I can't -- there's no way I'm putting my hands behind my back with no one cuff. There's no way.  Unless you force me to do it.  When you force it, it's like you're breaking my arm. That's how it feels, you know?

Q.    So he forced a single cuff on your two wrists, then?

A.    Yes.

Q.    What's about the distance of the single

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

cuffs?

A.    About this close (indicating).

Q.    And that would be behind your back?

A.    Right.

Q.    Did -- did -- when -- when he was cuffing you, did he say anything to you?

A.    Who, Burford?  I mean, Oelberg?

Q.    Um-hmm.

A.    I mean, he was just telling me put my hands behind my back --

Q.    Okay.

A.    -- just disregard my -- my double cuff permit.

Q.    And what's going on with your celly at this point while you're getting cuffed?

A.    I think that's when Oelberg was getting him out the room.  That's why he gave me to Williams.  But before, I don't even remember what happened with my celly 'cause -- 'cause when Trone and Burford grabbed me, they, like, "Get your motherfucking ass off this deck," you know what I'm saying?  And that's when they got to forcing me.  Like, that's what they were saying, like -- and they just forced me off the deck, so I didn't really see what was going on with my celly.

888-893-3767          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com        Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                Page 28

Q.    Okay.

A.    **They just took me to seg.**

Q.    Gotcha.  You mentioned that you had some issues going on with your wrists, so at what point did you notice that there was a problem with the cuffs around your wrists?

A.    **When they was in my skin.**

Q.    Gotcha.  Did that happen pretty immediately or did that happen while you were on your way out of your cell?

A.    **No, it happened when they -- when -- I guess they never double-locked the cuff, Oelberg, so all this stuff that Trone and Burford was doing, I guess they started clicking up -- click, click -- you know what I'm saying?  You know how they lock.  They lock, they close in more and more and more.  And then I'm -- I'm dang -- I'm telling you, that's why -- Mathley uncuffed them because he seen.  If you look at the -- he seen how they was in my -- the cuffs were in my skin.  And that's when he say, "Oh," and he uncuffed and loosened them.  I said, "Why don't you just give me another cuff?  I got a double cuff permit."  And see, that's what made it worse, by them not double-locking it.  And now they cutting in now not only in my shoulder, my wrist, you done messed my**

888-893-3767                Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com          Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                    Page 29

wrist up now.  Both my wrists was messed up.  And then he just start sweating, you know, your adrenaline pumping.

So when I got to the holding cage, that's when I'm like, "Oh, look at this, man, like" -- even, like Mathley.  When Mathley did it, it was like right up in here, my skin was, like, bleeding, like, right up -- you know what I'm saying?

Q.    How much was it bleeding?

A.    It's like a -- not leaking blood, but the redness from the -- from the skin broke.  You know what I'm saying?

Q.    How far deep did that skin break?

A.    Probably like the first layer or so.  It just was broken skin.  'Cause it started bruising up and everything.

Q.    So you mentioned that you were escorted out of your cell.  Do you recall what cell you were in at that time?

A.    Oh, 37, I believe.

Q.    Had you ever had any other disciplinary issue regarding, you know, items being confiscated from your cell or anything else like that?

A.    No.  I did 21 years -- I've been in jail 21 years.

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Q.      And you didn't have any other disciplinary issues --

A.      **Not from them finding -- nothing in my cell.**

Q.      Can you describe what pain, if any, you were experiencing in your shoulder when all of this happened?

A.      **Yeah, a massive pain.  Like, above -- like I said, it's above a 10.  It's massive pain.  It just caused me -- that's what had me hollering.  I'm hollering.  I don't know, you see a grown man hollering like that, you know he in pain.**

Q.      Did you lose consciousness at any point?

A.      **No, I just got dizzy.**

Q.      Okay.  So you were escorted to the bullpen?

A.      **Yes.**

Q.      And there were some medical personnel that came to see you?

A.      **No, they was just there.  They were there and I asked to see them while they were there.**

Q.      And the first one, did -- the first person that examined you, who did you say that was?

A.      **Lewis.**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Q.    Lewis.

A.    Nurse Lewis.

Q.    And what -- what was involved in her examination of you?

A.    I mean, she just -- she looked at my wrists, looked at my hands, she looked at the officer, and said -- she said, "I'll be back."  Never came back.

Q.    And then a nurse practitioner came in?

A.    Then a nurse practitioner came in to see somebody else.  It wasn't for me.  But since I was there, hey, Nurse Kramer -- her name is Nurse Kramer -- Nurse Practitioner Kramer, I need to see you, man.  Look at my hands, man.  I'm dizzy.  I got all these knots and stuff on my head from you people slamming my head through the door.  My wrists swollen. I need some medical attention.  She talking about put in for sick call.

Q.    And did she examine you?

A.    No, she never came nowhere near me.

Q.    Okay.  Did anyone end up looking at your wrists or making any diagnosis of what your issues were at that point?

A.    At that point?

Q.    Yeah.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179


A.      No.

Q.      Did you put in sick call?

A.      Yes.

Q.      What -- how soon after all of this happened did you put in sick call?

A.      It's that day.  Probably like two days later -- I put in, like -- see, I got all the notes from the days that I put in sick, but, like I said, all my property is in Western.  I have nothing here pertaining to that situation.

Q.      How long did you stay in the bullpen for?

A.      Maybe -- I'm gonna say 30 minutes or more.

Q.      Where did you go after?

A.      To my cell.

Q.      You went back to your cell?

A.      No, not -- the seg cell.  They put me in hold.

Q.      How long were you in the segregation cell?

A.      Maybe -- let's see.  I know that day I went to seg, then they brought my celly into seg. That's the 28th, March 28th.  March 29th, they brought me a ticket and let my celly out of seg.  And we all



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

know, when you go to seg, or use contraband in the cell, and there's two people in there, you have to -- both of us have to go hear the ticket, and they find out who it belong to.  And whoever takes the weight, that person goes to seg and the other person gets let out.  They didn't do that.  It's like they made it like I was in the cell by myself.

So when they did -- they brought me a ticket, let my celly out of seg, I went on a hunger strike.  Was on a hunger strike for nine days before they finally threw the ticket out.  They threw it out. So I probably was in there -- let me see.  That's nine days.  I was probably in that cell probably three or four days.  Because after three or four days they took me to healthcare, and I was in healthcare on a hunger strike for the remainder of the nine days.

And they looked into the cameras and all that, said they seen Mathley uncuffing the cuffs. But Mathley is the one who heard the ticket, so they off of that.  And, you know, nobody involved in the incident or witnessed the incident heard the ticket, they on the Adjustment Committee.

Q.    Is that why they threw out the ticket?

A.    Yeah, that's why they threw out the ticket.  But I wrote a grievance about the -- me and

888-893-3767          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com      Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                     Page 34

my celly, they disregarding that ticket, that grievance, though. But they threw it out based on the fact that Mathley heard the ticket. And all the retaliation is -- because I've never seen -- I go to seg on the 28th. 21 years, I've never seen -- I go to seg on the 28th for an incident. On the 29th, I get a ticket. On the 30th, I hear the ticket. I heard a ticket within three days, and you try to get me six months on a transfer, segregation transfer, disciplinary transfer? I've never seen that. All this was in retaliation -- everything they doing to me is in retaliation for me writing grievances on them.

Q. Were you transferred?

A. Yes.

Q. Where was --

A. Both. They sent me to -- they gave me a seg to seg transfer when I wasn't even in seg. How you give me a -- send me to seg on a disciplinary transfer if I'm not in seg? I don't understand that. Then when I get to Western -- when I got to Western, I was in seg for 12 days. For what? I don't even understand why I was in seg. And I talked to IA in Western, they said they told them to keep me in hold. I'm like, how? I'm not even supposed to be in hold.

Q. Give me one second. I'm just looking

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

over my notes here.

A.    Yeah, they -- the day before I left, what was this? -- April 20 --

UNIDENTIFIED SPEAKER:  Excuse me --

THE WITNESS:  Yeah, this is -- this is a deposition, so --

UNIDENTIFIED SPEAKER:  Right.  So you're gonna be a while?

THE WITNESS:  Yeah, maybe.

UNIDENTIFIED SPEAKER:  Okay, I just needed to know.

THE WITNESS:  All right.  All right.

MS. PEREZ VELAZQUEZ:  I think we'll be less than an hour.

THE WITNESS:  What day was this?  I know they -- one day they just came and -- I don't know what day it was, but it was like -- like, all my notes, like I said, in Western.  They came and grabbed me and put me in seg and said, "Investigation for safety and security of the institution."  I'm like, "Why?  What did I do?"  It's like, I did nothing for this to even happen.  But it was all a trick to get me a seg transfer.  This was all a trick that they pulled to get me a seg transfer.  Like I said, I was never in seg, there was nothing to warrant no safety and

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

security issues.  I did nothing.  Like I said, there was nothing -- my back itching -- no safety and security issues, it's just that IA, that they want to put you in seg for anything, they can just put you in seg and say, oh, this is for safety and security of the facility.  It's a far stretch.

So it's nothing -- if they have nothing, they just want to put you in seg, they can put you on seg for the safety and security of the institution and have you in seg for the 30 days for no reason at all and then let you go.  That's what they did to me.

BY MS. PEREZ VELAZQUEZ:

Q.    I want to go back to you being escorted out of the cell.  So were you -- how long would you say it took for you to be taken out of the cell after you were cuffed?

A.    I came right out the cell and I was cuffed as I -- when I came out.

Q.    Okay.

A.    But it was -- I'm gonna reverse that. He was trying to cuff me as I came out, as I was coming out the cell.  Like, you know, he patted me down -- actually, he didn't even pat me down -- yeah, he did, he patted me down first, and then he was

888-893-3767                  Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com              Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

trying to put the cuffs on me.  But this is where I'm like, "Oh, I can't" -- I'm gonna say probably like -- in fact, when he tried to mace me, that's when I was like, "Come on, I'm ain't finna go through all this," and I just took the pain instead of him putting the cuff on me, you know?  All they had to do was get me another cuff.  That's all they had to do.  And everybody know I got a double cuff permit.  All they had to do was put the cuff on.  All of this could have been resolved and it would have been nothing like this.

Q.	Okay.  So he hands you off to other individuals, and then, can you -- were you walking alongside with them?  How is it that they were, like, hurting your head?  Can you describe that a little bit more?

A.	Like, my head?

Q.	Yeah.

A.	I just --

Q.	Were they dragging you?  Can you describe that a little bit more?

A.	I can't say dragging, but, like I say, they was basically throwing my body, making me walk fast.  Can you understand that?

Q.	(Nods head.)

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A.        Like, both of them behind me, got my arms, throwing my body forward, making me -- while I'm still on my feet, but they're throwing my body in force, making me walk fast, and then they just pushed me through the door with my face.  Like, they pushed me through the door.  The door flew open.  If you see the cameras, you'll see that -- they gonna lie and say the door is open already.  How can -- there's no way for the door to even be open unless somebody holding it.  There was nobody holding no door.  You know what I'm saying?

So they forced my -- forced me through the door by -- I'm just -- only thing I'm doing, like, "What is you all doing?"  Now they say I'm resisting.  I'm not resisting, but why is you all doing this?  I'm trying looking back at them, asking them why is they doing this.  And now they say I'm resisting.  I'm not resisting anything.  It's just something that they report.

So when they finally took me to seg, when I finally went to my cell, I said I want to talk to IA about this because I wanted them to take pictures of my hands and my face and stuff for me, for future -- for this, for future litigation.  And they refused to -- they refused to cuff me.  I mean, he

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

refused to take pictures of me and said, you know there's such thing as necessary force.  I'm like, this is not no necessary force.  How is it necessary force if I'm in handcuffs?  I don't understand it.  I'm cuffed up.  Where does the necessary force come in?  So by me telling him about the incident, now all of a sudden this is where the ticket come in.

Q.    After this happened, you mentioned that you put in some sick call and then, since then, it sounds like you've had some form of physical therapy, right?

A.    I mean, not for my shoulder or my hand.  They -- they was supposed to give me a splint for my hand in Western.  They never gave it to me.  They supposed to have me in physical therapy, they never gave it to me.  And now me being here, my back -- they just gave me basic stretching exercises.  They don't -- it's not me going to -- I went one time and they gave me some stretching exercises.  And then I went another time about my foot because they -- I'm on a cane, they gave me a cane, basically something -- trying to stretch my -- my limbs out on my foot, I guess.  Stretching exercises, that's all.

Q.    Other than that, did you receive any other medical treatment for that incident?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

A.    Other than me going to the -- with the nerve specialist, they give you pain -- I get pain pills regardless for my back and my shoulder, but, you know, I just -- everything -- pain pills -- pain -- they won't give me more since I already get them.  You know what I'm saying?

Q.    Other than your celly, was there anyone else that was present that would be helpful to -- that you think is gonna be helpful to your case?

A.    I mean, yeah, a few -- any -- any -- anybody on the deck, basically, that was on the unit with me.  Especially the ones up front that could see how they had manhandled me off the deck like that.

Q.    Gotcha.  Prior to March 28th, 2023, had you had any interactions with Sergeant Oelberg or Trone or Burford?

A.    No.

Q.    Did you know anything about them prior to this incident?

A.    I mean, yeah.  I mean, like, Oelberg had the unit five days, and then my celly was a worker.  So, you know, I know him from being there.  Trone, I don't know.  I think Trone's fairly new, I believe.  I don't know.  I don't know.  But Burford, I would be seeing him around.  I was -- I was at Hill

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

for five years, so, you know, I've been seeing him around.

Q.   Have you had any other prior negative interactions with them?

A.   No.

Q.   So, outside of shakedowns, what other disciplinary issues have you had?

A.   Hold on.

MS. PEREZ VELAZQUEZ:  Is there someone else there?

THE WITNESS:  Hold on one second.

Yeah.  Now what was the question?

MS. PEREZ VELAZQUEZ:  Sorry.  Is there someone else there that --

THE WITNESS:  No, no, no.

MS. PEREZ VELAZQUEZ:  -- needs anything?  Okay.  Gotcha.

BY MS. PEREZ VELAZQUEZ:

Q.   So other than -- you had mentioned that you had never had any shakedown disciplinary issues, but have you had any other types of reprimands or violations that you've been cited for?

A.   Yeah.

Q.   What are those?

A.   Let me see.  When I first got there, I

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                    Page 42

think I had an incident with this one dude, some fool supervisor, claimed -- I don't know.  I didn't want to take a dirty tray, and he tried to make me take a dirty tray and I took another one and walked off.  He told me to get -- just a bunch of bullshit, but I went to seg behind that because he said I had all type of other stuff.  But it got expunged off my record.  I wrote grievances, it got expunged.

There was another one that gave me a discipline, a direct order, sent to the safety and security of a facility for some more bull -- 'cause Mathley passing the word around and they say I write grievances, so now it's like everybody was, like, just constantly fucking with me for a grievance.  That got expunged.  After I did my seg time.

I think I had a fight, somebody wrote me a ticket for not having a mask on.  It's a few tickets, man.  A lot of them get expunged, though.  Like, I don't -- yeah, a lot of them get expunged, though.  Because they're not right.  They're not doing -- they -- I don't know.  If you -- like I say, if you write me a ticket and she hears it, like, you all may be friends.  Just because you wrote it, I'm guilty.  That's how that goes.  Period.

Q.     All right.  So I want to talk about the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

damages.  What are you seeking in this case?

A.     I don't -- I don't -- I want -- what's that -- what's that -- not injunctive.  I know it's declaratory -- I have to look.  I have to look at my -- because somebody's helping me with this and I'm no longer even around them no more.

Q.     Okay.  In terms of an amount, a monetary amount, what are you looking for?

A.     I know from -- I said my hand, being nerve damage -- having nerve damage, I have to basically try to use my left hand all over again.  It's like 250,000 for my hand.  I know for them denying me medical treatment, it was like -- I forgot.  But all together, I think it's like 600,000 all together.

Q.     That's what you're seeking?

A.     Yeah.

Q.     Have you ever had any diagnosis regarding your shoulder or your wrists?

A.     Diagnosis, like --

Q.     Like, any official diagnosis saying that they're -- like, after this incident, indicating that there were, like, long lasting issues?

A.     Well, my hand -- my shoulder has been messed up, like I said, since 2013, '14, something



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                    Page 44

like that.  And, like, they just said my rotator cuff messed up.  The only thing they did was gave me double cuff and made it indefinite.  Because only time it's a problem -- like right now it's no problem, but if I was to put my hands behind my back or some type of thing like that, it's gonna cause me massive pain.  So they just -- that's why they never dealt with, they just give me -- make sure that that don't happen.

My hand, they -- I've never had a diagnosis, it's just when I went to the health -- outside hospital to a nerve specialist, it showed -- and this is six months later -- that I got nerve damage in my hand.  And today -- this is, what, three years later? -- I still have the same nerve damage in my hand.

Q.    Do you have any scars that were left?

A.    No, they healed up.  Yeah, they healed up.

Q.    You mentioned that you cut hair?

A.    Yeah.

Q.    Do you do that at the facility?

A.    Yeah.

Q.    Okay.

A.    I mean, no, not in Western.  No.  I cut hair here now.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Q.      You cut hair at Cook?

A.      **Yeah.**

Q.      How long have you been doing that for?

A.      **I don't know, since -- probably since August of --**

Q.      Since August?

A.      **Yeah.**

Q.      You hadn't done any of that before August of 2024 -- sorry -- 2025?

A.      **I mean, yeah, I cut hair -- I'm a barber.  I've been a barber.  I just never worked in the facility.  I've worked in Cook County back when I -- back in '05, '06, when I was here before.  And now that I'm back on the court writ they allow me to cut hair again, you know?**

Q.      Okay.

A.      **Yeah, I've always cut hair since I was little, like, young.**

Q.      And you do that with your right -- right hand essentially?

A.      **Yeah.  Yeah.  It just be hard.  Like, I can't say hard, but I can -- I can hold them, but it's -- like, it's nothing I can feel right here.  Like, if I have something right here that I'm holding, I would drop it because it's -- I don't have nothing to show**

888-893-3767                Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com          Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                        Page 46

that it's there.  If I'm not looking at it -- you get what I'm saying?

Q.    Yeah.  How many cuts do you give a week?

A.    I don't know.  I couldn't -- a week?  I don't know.

Q.    Okay.  Could you give me an estimate of how often you're doing -- you're offering barber services?

A.    I offer them daily.  Almost daily.  So, I mean -- when I cut, I've been cutting, like, ten heads for the day.  You see what I'm saying?  But I can't say a week because we don't really cut hair every day.  You know what I'm saying?  But when I do cut, I may cut eight to ten heads.

Q.    And does this happen monthly, like once or twice a month?

A.    No, mostly -- probably like three -- two, three times -- sometimes -- see, sometimes it may be five days out the week, sometimes it may be one day out the week, sometimes it might be two days.  It just varies, it depends, because they be short staffed a lot.

Q.    Gotcha.  Do you make any money off of it?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

A.    I mean, the -- yeah, they pay me. Yeah, they pay me.  $35 a week, yeah, from this place.

Q.    Is it the facility that's paying you or is it someone --

A.    Facility.

Q.    Okay.

A.    Yeah.

Q.    Gotcha.

A.    We haven't -- like, even writing, I don't know, but it's just -- that's why people be helping me out, you know?

Q.    Do you have access to the gym or any yard time?

A.    No, I don't do none of that.  They don't have a gym here or a yard here.

Q.    Did you use the yard or gym frequently at all back in 2023?

A.    Yeah.

Q.    How often would you go?

A.    We would go at least three, four times a week.

Q.    And what kinds of exercises would you do?

A.    Walk.

Q.    You would just walk?

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                    Page 48

A.      Yeah, walk or just -- you know, that's the only time you really get out your cell, just basically just walking, talk to people, you know?  I can't really work out like that no more, you know?  You just kind of get air and -- get out your cell and get air for hour and a half, two hours, you know?

MS. PEREZ VELAZQUEZ:  So I'm gonna go ahead and take a quick pause here if you need to use the restroom.  I think it's about five minutes and then we can start up again.  I don't think we have much more to get into, but I just wanted to take a quick break.

THE WITNESS:  Okay.

MS. PEREZ VELAZQUEZ:  All right.  So it's just gonna be about five minutes if we want to come back right around, you know, 10:15.

THE WITNESS:  All right.

(A break was taken.)

MS. PEREZ VELAZQUEZ:  All right.  So at this point I don't have any further questions for you.  Is there anything else that you think I should know about this case that you want to let me know of before we end the deposition?

THE WITNESS:  I think I covered everything.  That's my biggest concern, man, I got --

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                    Page 49

my hand just messed up for no reason at all.  It
didn't even have to go that -- all you had to do was
give me a double cuff permit, and then you mad because
I wanted to get my double -- something that I'm
entitled to, a double cuff -- I don't understand that.
Just manhandled for no reason at all which caused
permanent nerve damage in my hand.  Come on, man, that
don't make no sense, man.  And I did absolutely
nothing wrong, nothing wrong.  They even sent me to
seg, you kicked me out of facility now.  You don't
even know all the stuff I've been going through in
this facility since I've been here, because I've been
in Western.  They steady send me -- it don't stop,
man.

                    I'm farther away from my family now.  I
was like two hours and 30 minutes away from my family,
now I'm four hours away.  I don't get visits, you know
what I'm saying?  Come on, man, all this for what?
All because of retaliation.  I don't understand that.
I ain't did nothing wrong.  And if they -- if they
would have did what they were supposed to do, file
with the ticket, and my celly would have took his
weight.  He told that was his.  Just like he did with
the -- on the ticket.  He wrote on the ticket that
belonged to me, McCray has nothing to do with it.  If

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026                                                    Page 50

he had take the -- I wouldn't even be -- I mean, I still -- my hand would have been messed up, but I wouldn't be in this facility I'm in where they constantly sending me to seg for -- I just did 27 days on a hunger strike down there.  I did 27 days on a hunger strike trying to get out of that place.  I wrote the governor.  Everything.  They're steady retaliating against me because I write grievances.  And that's what all this is about.  They don't like when people write grievances, you know?  Other than that, I'm cool.

                MS. PEREZ VELAZQUEZ:  So at this point I would like to go ahead and end the deposition.  Thank you so much for your time.  We appreciate it.

                You have a right to review your deposition before it goes out and is finalized.  You can't get a free copy, but you can read it to make sure that, you know, the court reporter took everything down correctly.  You can't change your answers or anything like that, but if you want to -- if you don't need to do that, then you can go ahead and waive signature.

                If we file a motion for summary judgment, normally, we would attach the deposition as a part of our argument.  So if that motion is filed,

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
LEXITAS

then you would likely get a copy then.  But at this point, do you -- do you want to review or do you want to waive signature?

                    THE WITNESS:  I want to review it.

                    MS. PEREZ VELAZQUEZ:  Okay.  So, again, like I said, you won't be able to change any answers, you'll just be able to review it and make sure everything is correct.

                    You'd get a copy, it's my understanding, and then you have to send it back.  Is that correct, Ms. Lewis?

                    THE COURT REPORTER:  Correct.

                    THE WITNESS:  I believe you said I'll get a copy from ya'll and then send it back?

                    MS. PEREZ VELAZQUEZ:  You'd have to send it back, yes.

                    THE WITNESS:  I can't just keep it?

                    MS. PEREZ VELAZQUEZ:  No.  When we file the motion for summary judgment you would likely get a copy included as one of our exhibits, but you wouldn't get a free copy of it.

                    THE WITNESS:  How long -- how long is it -- and how much is it gonna cost me to send it back?

                    MS. PEREZ VELAZQUEZ:  I'm not sure.

 

**THE WITNESS:  How long will I be able to look over it?**

MS. PEREZ VELAZQUEZ:  Ms. Lewis, do you have a sense of the time frames?

THE COURT REPORTER:  He has -- I think it's 30 days to read it and send it back.

**THE WITNESS:  You know what?  I'll just -- I'll just read it when -- with the -- with the summary judgment.  If -- but if there's not no summary judgment, I won't get it, though.**

MS. PEREZ VELAZQUEZ:  I do anticipate more likely than not that we're gonna end up filing a motion for summary judgment, and at that point that's -- that's when you would potentially get a copy.  But other than that, you wouldn't get it, no.

**THE WITNESS:  All right.  Yeah, I think I -- I definitely want to review it.  I'll review it. It don't matter, I'll review it, and I'll just send it back.**

MS. PEREZ VELAZQUEZ:  Thank you, so much.

So, Ms. Lewis, at this point we would just request the most cost-effective version of the transcript.  Is there anything else that you need from us?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

THE COURT REPORTER:  I just wanted to ask, do I send it to the facility that's on the notice for him to read and sign?

MS. PEREZ VELAZQUEZ:  It sounds like he's waiving signature.  Is that --

THE COURT REPORTER:  Oh.  I thought he just said he wanted to read it and send it back.

**THE WITNESS:  No, you know, I'll waive signature.  Don't worry about.**

THE COURT REPORTER:  Okay, then never mind.  I don't need anything else.

MR. PEREZ VELAZQUEZ:  Okay.  Thank you so much for your time, Mr. McCray.  And, Ms. Lewis, I appreciate your work as well.

THE COURT REPORTER:  Thank you.

(At 10:22 a.m. the foregoing proceeding was concluded.)

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



**DEFENDANTS' EXHIBIT A**

Allen McCray
January 27, 2026                                        Page 54

CERTIFICATE OF REPORTER

I, Heather E. Lewis, RPR, CSR (IL), CRR, hereby certify that I reported the remote deposition of Allen McCray on the 27th day of January, 2026, via Zoom, and that the witness was by me first duly sworn to tell the whole truth;

That the testimony was transcribed under my direction and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

That the reading and signing of the deposition by the witness were waived.

WITNESS MY HAND AND SEAL this 6th day of February, 2026.

*Heather E. Lewis*

_____
Heather E. Lewis

IL CSR NO. 084.004997

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

1

**$**

**$35**  47:2

**0**

**05**  45:13

**06**  45:13

**1**

**10**  15:8,14
30:9

**1010**  16:6
25:10

**10:15**  48:16

**10:22**  53:16

**11th**  6:14

**12**  34:21

**14**  43:25

**15**  8:10

**2**

**20**  35:3

**2013**  43:25

**2014**  10:15,20
11:1

**2023**  9:23,25
12:4,5 13:4
15:22 21:24
40:14 47:17

**2024**  45:9

**2025**  45:9

**21**  29:24,25
34:5

**23**  7:8,11
10:12 13:7
15:6

**24**  7:6,8,11

**25-cv-4050**
4:18

**250,000**  43:12

**27**  50:4,5

**28th**  15:22
21:24 32:24
34:5,6 40:14

**29th**  32:24
34:6

**3**

**30**  32:13
36:10 49:16
52:6

**30th**  34:7

**37**  29:20

**3B**  18:9

**4**

**42**  8:23

**47**  6:16

**5**

**5**  6:14

**6**

**600,000**  43:14

**7**

**78**  6:14

**7:30**  22:6

**8**

**8th**  15:17

**9**

**98**  14:7

**9:06**  4:3

**A**

**a.m.**  4:3 53:16

**ability**  6:5

**able**  11:23
51:6,7 52:1

**about**  5:9
9:20,23 12:1,
2,15,24 13:11
15:21 20:5,6,
13 21:23 22:7
23:7,9,10
26:25 27:2
31:17 33:25
38:22 39:6,20
40:18 42:25
48:9,15,22
50:9 53:9

**above**  15:14
30:8,9

**above-entitled**
4:6

**abrasions**
20:21

**absolutely**
49:8

**access**  11:23
47:12

**action**  4:7

**active**  9:18
13:3,6

**actually**  20:18
36:24

**address**
11:23

**Adjustment**
33:22

**adrenaline**
29:2

**affect**  6:5

**after**  4:7 32:4,
15 33:14
36:16 39:8
42:15 43:22

**again**  21:21
43:11 45:15
48:10 51:5

**against**  9:1
15:18 23:8
50:8

**age**  6:15

**ahead**  6:8
22:13 23:21
48:8 50:13,21

**ain't**  26:10
37:4 49:20

**air**  48:5,6

**all**  5:19,24
6:12,13
11:15,18
12:15 16:5,9

18:2,8 19:1,2,
16 20:4 23:11
24:22 25:11,
14,17 26:2,9,
12 28:13 30:6
31:15 32:4,7,
9,25 33:18
34:3,10
35:12,17,22,
23 36:11
37:4,6,7,8,9
38:14,15
39:6,23 42:6,
22,25 43:11,
14 47:17
48:14,17,19
49:1,2,6,11,
18,19 50:9
52:16

**allegations**
5:10

**alleged**  9:22
15:5

**Allen**  4:2,5
6:20

**allow**  8:5
45:14

**allowed**  15:16

**Almost**  46:10

**alongside**
37:14

**already**  38:8
40:5

**also**  5:16
13:25

**always**  45:17

**Amendment**
15:17

**amount**  43:7,

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

**LEXITAS**

DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

2

8

**another** 16:6
17:12,14
18:16 22:12
25:2,16 26:5
28:22 37:7
39:20 42:4,9

**answer** 5:15,
21,22,25

**answering**
6:2

**answers** 5:23
50:20 51:6

**anticipate**
52:11

**any** 4:23 5:4
6:4,9 7:25
8:1,4,11,14,
17,20,25 9:8,
15,24 10:22
11:7,22 12:9
13:18 14:9
15:2,23 22:4,
22 29:21
30:1,5,13
31:22 39:24
40:10,15
41:3,20,21
43:18,21
44:16 45:8
46:24 47:12
48:20 51:6

**anybody**
40:11

**anyone** 22:17
31:21 40:7

**anything** 6:20
11:2 27:6
29:23 36:4
38:18 40:18

41:17 48:21
50:20 52:24
53:11

**apologize**
7:12

**appreciate**
50:14 53:14

**April** 7:6,8
35:3

**argument**
50:25

**arises** 11:22

**arm** 26:20

**arms** 38:2

**around** 9:25
10:16 28:6
40:25 41:2
42:12 43:6
48:16

**as** 4:3,8 8:18
13:3,6,10
15:12 21:21
25:9 36:19,22
39:2 50:24
51:20 53:14

**Ashby** 22:21

**ask** 5:9 21:22
24:16 53:2

**asked** 30:22

**asking** 38:16

**ass** 27:20

**assume** 6:1

**at** 4:3 5:4,25
6:9,22 7:2,5,
13,16,25 8:1,
3 9:17 11:1,
24,25 14:15

17:25 18:25
19:4,21 20:20
22:18 26:9,11
27:14 28:4,18
29:5,19 30:13
31:5,6,14,21,
23,24 36:11
38:16 40:25
43:4 44:21
45:1 46:1
47:17,20
48:19 49:1,6
50:12 51:1
52:13,22
53:16

**attach** 50:24

**attention**
18:17 19:10,
18 31:17

**August** 7:1
45:5,6,9

**available**
25:11

**aware** 4:20

**away** 49:15,
16,17

_____

**B**
_____

**baby** 21:21

**back** 7:24 9:5
10:2,10,14
12:14,16
13:10,19
14:7,24,25
15:9 16:4,12,
13 19:5,6
25:4,18
26:15,18
27:3,10 31:7,
8 32:17 36:2,

14 38:16
39:16 40:3
44:5 45:12,
13,14 47:17
48:16 51:10,
14,16,24
52:6,19 53:7

**background**
6:9

**bad** 8:19 10:9
15:11

**barber** 45:11
46:8

**based** 34:2

**basic** 39:17

**basically**
14:20 16:18
37:23 39:21
40:11 43:11
48:3

**bathroom**
24:20

**because** 5:24
7:23 8:6 13:1
16:8,24 17:4,
17,22 19:19
20:15 21:4,7,
9,10,12 22:10
23:14,25 24:1
25:15 28:18
33:14 34:4
38:22 39:20
42:6,20,23
43:5 44:3
45:25 46:13,
22 49:3,12,19
50:8

**before** 5:3
10:12 12:4,5
27:18 33:10

35:2 45:8,13
48:22 50:16

**behind** 10:10
15:9 16:4,12
20:25 21:2
25:4 26:15,18
27:3,10 38:1
42:6 44:5

**believe** 7:21
9:7,13 10:13
29:20 40:24
51:13

**belong** 33:4

**belonged**
49:25

**best** 5:14

**between**
13:15

**beyond** 15:8

**big** 15:12

**biggest** 48:25

**birth** 6:13

**bit** 9:20 13:10
15:21 37:15,
21

**bleeding**
29:7,9

**blood** 29:10

**body** 37:23
38:2,3

**bones** 13:16

**born** 6:17

**both** 29:1
33:3 34:16
38:1

**bottom** 12:11
23:24

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



**boxing**  19:2

**break**  5:6 6:10 29:13 48:12, 18

**breaking**  26:20

**briefly**  5:1 9:3

**bringing**  22:5

**broke**  29:11

**broken**  29:15

**brought**  32:23,24 33:8

**bruising**  29:15

**bull**  42:11

**bullpen**  19:17 30:17 32:11

**bullshit**  42:5

**bunch**  42:5

**bunk**  12:11

**Burford**  15:18 16:11,13 17:7 22:8,14 24:15,24 25:18,23 26:3,6,7 27:7, 19 28:13 40:16,24

**but**  6:9 12:3, 12,21,22 13:24 14:11 15:14 17:3,19 18:24 20:16, 22,24 21:9,20 23:2,12,13 24:3,7 25:12, 14,17 27:18 29:10 31:11

32:8 33:19,25 34:2 35:17,22 36:21 37:1,22 38:3,15 40:3, 24 41:21 42:5,7 43:14 44:4 45:22 46:12,14 47:10 48:11 50:2,17,20 51:1,20 52:9, 14

**by**  4:15 10:5 21:5 23:17 25:13 28:23 33:7 36:13 38:13 39:6 41:18

**bypassed**  18:18

---

**C**

---

**cage**  18:20,22 19:13 29:4

**call**  12:19 19:14,16,20, 22,24 20:1,3 26:13 31:18 32:2,5 39:9

**called**  16:6 20:1,2 25:10

**calling**  19:9

**came**  15:25 16:9,10,13 17:9,22 18:24 19:6,7,8,21 21:24 22:7 24:19,24 25:14,22,23 26:1,2,3

30:20 31:7,9, 10,20 35:16, 18 36:18,19, 22

**camera**  18:8, 10 20:5

**cameras**  18:13 33:17 38:7

**cane**  39:21

**cannabinoids**  23:1

**case**  4:17 8:24 15:16 40:9 43:1 48:22

**cases**  9:14

**casing**  22:25 24:8

**cause**  10:7 12:21 18:12 27:19 29:15 42:11 44:6

**caused**  21:13 30:10 49:6

**causes**  10:9 15:10

**causing**  13:17

**cell**  15:25 19:22,24 21:24 22:17, 24 23:4,13,16 24:6,15,19,24 25:19 26:1 28:10 29:18, 23 30:4 32:16,17,18, 21 33:2,7,13 36:15,16,18,

23 38:21 48:2,5

**celly**  22:21 27:14,19,25 32:23,25 33:9 34:1 40:7,21 49:22

**celly's**  23:17, 18

**chair**  19:12

**change**  50:19 51:6

**changed**  6:19

**check**  8:19

**Chicago**  6:18

**cited**  41:22

**claim**  15:17

**claimed**  42:2

**clarify**  7:12

**clear**  5:23

**click**  28:14

**clicking**  28:14

**close**  15:12 27:2 28:16

**collagen**  13:15

**college**  8:12

**come**  22:10 24:15,22 25:1,4,15 26:5 37:4 39:5,7 48:16 49:7,18

**coming**  8:11 17:16 36:23

**commenced**  4:3

**Committee**  33:22

**complaint**  5:10,12

**completed**  8:3,12

**concern**  48:25

**concluded**  53:17

**confiscated**  29:22

**consciousnes s**  30:13

**considerate**  5:13

**constantly**  23:7 42:14 50:4

**contraband**  33:1

**convicted**  8:17

**Cook**  6:22 7:14,16 45:1, 12

**cool**  17:20 50:11

**copied**  23:25

**copy**  23:23 50:17 51:1,9, 14,20,21 52:14

**core**  17:11 18:10

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

4

correct 51:8, 11,12

correctly 50:19

cortisone 13:22

cost 51:23

cost-effective 52:23

could 15:6 37:9 40:12 46:7

couldn't 12:3 46:5

County 6:23 7:14,17 45:12

court 5:14 12:19 15:16 45:14 50:18 51:12 52:5 53:1,6,10,15

cover 20:23

covered 48:24

crazy 7:9 17:1

crime 8:18

cruel 9:6

cuff 10:1,5 11:11,12 12:3 13:6 16:2,5,6 18:6,14,16 24:16,25 25:2,12,16,25 26:5,18,22 27:12 28:12, 22 36:22 37:6,7,8,9 38:25 44:1,3

49:3,5

cuffed 27:15 36:17,19 39:5

cuffing 12:8 27:6

cuffs 15:12 16:1,8,12 17:18,25 18:7 25:6,7,8 26:9, 11 27:1 28:6, 19 33:18 37:1

current 6:15 8:22

cut 18:3 19:2 21:8 44:19,24 45:1,10,14,17 46:11,13,15

cuts 46:3

cutting 18:1 28:24 46:11

**D**

daily 46:10

damage 14:4 21:13,17 43:10 44:13, 14 49:7

damages 43:1

dang 28:17

date 6:13 11:24

day 21:5 32:6, 22 35:2,15, 16,17 46:12, 14,20

days 20:2 32:6,8 33:10,

13,14,16 34:8,21 36:10 40:21 46:20, 21 50:4,5 52:6

deadlined 9:12

dealt 44:7

deck 27:21,24 40:11,13

declaratory 43:4

deep 29:13

Defendants 4:17 15:18

definitely 52:17

degenerative 13:12

denying 43:13

depends 46:22

deposes 4:8

deposing 8:25

deposition 4:2,21,24 5:20 6:10 35:6 48:23 50:13,16,24

depositions 5:2

describe 15:6 30:5 37:15,21

designated 7:17

details 5:11

diagnosis 31:22 43:18, 20,21 44:10

direct 42:10

dirty 42:3,4

disc 13:12,14

disciplinary 29:21 30:2 34:10,18 41:7,20

discipline 42:10

discuss 11:24

disease 13:12

dishonesty 8:18

disposition 9:8

disregard 27:12

disregarding 34:1

distance 26:25

dizzy 19:9,11 30:15 31:14

doctor 18:18 19:15

Doe 18:21

doing 14:19 15:2,23 16:23 20:23 28:13 34:11 38:13, 14,15,17 42:20 45:3 46:8

done 18:1 20:4 28:25 45:8

door 16:17, 19,20 17:10, 12,13,14 18:10,11,12, 13 19:12 24:21 31:16 38:5,6,8,9,10, 13

doors 16:21 17:8,10 19:1

double 11:11, 12 12:3,8 13:6 15:12 16:2,5 18:5 25:2 27:12 28:22 37:8 44:2 49:3,4,5

double-locked 28:12

double-locking 28:24

down 5:24 14:12 19:13 36:24,25 50:5,19

dragging 37:20,22

drop 21:9 45:25

dude 42:1

duly 4:8

during 6:9 22:23

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

5

---

**E**

each 10:4

educational 8:4

eight 46:15

else 19:8 22:17,20 29:23 31:11 40:8 41:10,14 48:21 52:24 53:11

end 9:22 31:21 48:23 50:13 52:12

enough 16:14

entitled 49:5

entry 24:18

escort 26:4

escorted 29:17 30:16 36:14

especially 10:10 17:18 40:12

essentially 45:20

estimate 46:7

even 16:22 17:1 20:15 21:7 23:4,9, 20 26:14 27:18 29:6 34:17,21,24 35:22 36:24 38:9 43:6 47:9 49:2,9, 11 50:1

events 6:6

ever 4:23 6:19 8:17 29:21 43:18

every 8:9 46:14

everybody 37:8 42:13

everything 11:15 16:7 17:22 18:8 20:5,6 29:16 34:11 40:4 48:25 50:7,19 51:8

exactly 12:4

examination 4:13 31:4

examine 31:19

examined 30:24

excessive 9:4,11 15:18

Excuse 35:4

exercises 14:21,23 39:17,19,23 47:22

exhibits 51:20

experiencing 15:7 30:6

expired 12:22,25

explain 15:13

expunged 42:7,8,15,18,

19

---

**F**

face 16:18,21 18:11,12 38:5,23

facility 7:18 8:1 23:11 36:6 42:11 44:21 45:12 47:3,5 49:10, 12 50:3 53:2

fact 5:7 25:10 34:3 37:3

facts 15:15

fair 6:2

fairly 40:23

fall 19:13

family 49:15, 16

far 29:13 36:6

farther 49:15

fast 16:14 37:24 38:4

federal 8:1,2

feel 6:10 21:9 45:23

feeling 20:13 21:5,6

feels 26:21

feet 14:24 15:1 38:3

felony 8:18

few 40:10 42:17

fight 42:16

figure 5:6

file 49:21 50:23 51:18

filed 4:18 8:25 50:25

filing 52:12

filled 19:24

finalized 50:16

finally 16:7 20:2 21:15 33:11 38:20, 21

find 33:3

finding 5:8 30:3

finger 21:11

fingers 21:6, 10

finish 5:15,17

finna 25:5 37:4

first 4:7 9:10 17:10 29:14 30:23 36:25 41:25

five 40:21 41:1 46:20 48:9,15

flew 38:6

folks 25:14

follows 4:3,9

fool 42:1

foot 10:3 14:5 39:20,22

foots 14:1

for 5:8,16,20, 21,22 6:23 7:2 8:10,20 9:4,5 10:5,24 11:7 12:20,22 13:18 14:8, 23,25 15:1,3, 17,25 16:7,14 19:14,15 20:15,23 21:24 23:1,5, 10 26:1 31:11,18 32:12 33:10, 16 34:6,12,21 35:19,21 36:4,5,9,10, 16 38:9,23,24 39:12,13,25 40:3 41:1,22 42:11,14,17 43:8,12 45:3 46:12 48:6,20 49:1,6,18 50:4,14,23 51:19 52:13 53:3,13

force 9:4,11 15:18 16:4 25:1,3 26:19, 20 38:4 39:2, 3,5

forced 17:10, 11,13,14 26:7,17,22 27:23 38:12

forcing 16:16, 20 27:22

Ford 19:21

foregoing 53:16

---

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



Allen McCray
January 27, 2026

6

**forgot** 12:23 18:20 43:13

**form** 39:10

**forward** 38:2

**found** 22:25 23:2,3,12

**four** 33:14 47:20 49:17

**frames** 52:4

**free** 50:17 51:21

**frequently** 47:16

**friends** 42:23

**from** 10:11,14 14:5 17:19 18:9,10,24 19:1 22:24 29:11,23 30:3 31:15 32:8 40:22 43:9 47:2 49:15,16 51:14 52:24

**front** 40:12

**fucking** 42:14

**further** 48:20

**future** 38:24

**G**

**Galesburg** 21:1

**gave** 13:22,23 14:20 19:12 20:10,11 25:8,9,12 27:17 34:16 39:14,16,17,

19,21 42:9 44:2

**GED** 8:7

**general** 6:9

**get** 5:8,11 6:8 11:12 15:15 16:6 17:10, 14,21 27:20 34:6,8,20 35:22,24 37:6 40:2,5 42:5, 18,19 46:1 48:2,5,6,11 49:4,17 50:6, 17 51:1,9,14, 19,21 52:10, 14,15

**gets** 33:5

**getting** 27:15, 16

**give** 11:3 15:11 18:16 20:15 28:22 34:18,25 39:13 40:2,5 44:8 46:3,7 49:3

**gloves** 19:2

**go** 5:1 6:8 7:24 8:8 10:4 12:18 19:22 21:15 22:13 23:21 26:15 32:15 33:1,3 34:4,5 36:11, 14 37:4 47:19,20 48:7 49:2 50:13,21

**goes** 33:5 42:24 50:16

**going** 6:5,8 7:13 14:12 15:24 16:14 21:5 27:14,24 28:4 39:18 40:1 49:11

**gone** 9:9

**gonna** 5:1,9, 24 6:22 10:4 15:15 17:12 19:22 21:22 32:13 35:8 36:21 37:2 38:7 40:9 44:6 48:7,15 51:23 52:12

**Good** 4:16

**got** 8:6 12:4 13:12 14:4 16:2,5,19 17:18 18:5,19 19:1 20:6 23:6 25:2,24 27:22 28:22 29:4 30:15 31:14 32:7 34:20 37:8 38:1 41:25 42:7,8,14 44:12 48:25

**Gotcha** 7:16 24:14 28:3,8 40:14 41:17 46:24 47:8

**gotta** 16:6

**governor** 23:9,10 50:7

**grabbed** 16:15 24:24 26:7 27:20 35:18

**grievance** 20:4,8 33:25 34:2 42:14

**grievances** 20:5 23:6 34:12 42:8,13 50:8,10

**ground** 5:2

**grown** 30:11

**guess** 14:22 16:13 20:16, 23 24:8,10 25:11 28:12, 14 39:23

**guilty** 42:23

**guy** 15:13

**gym** 47:12,15, 16

**H**

**hadn't** 45:8

**hair** 21:8 44:19,25 45:1,10,15,17 46:13

**half** 21:11 23:24 48:6

**hand** 21:7,18, 20 39:12,14 43:9,11,12,24 44:9,13,15 45:20 49:1,7 50:2

**handcuffs** 24:25 39:4

**handling** 17:17

**hands** 10:10 15:9 16:4 19:2 20:12 24:22,23 25:4 26:14,18 27:10 31:6,14 37:12 38:23 44:5

**happen** 28:8, 9 35:22 44:8 46:16

**happened** 9:22 10:12 27:18 28:11 30:7 32:5 39:8

**harassment** 23:11

**hard** 21:8 45:21,22

**having** 4:7 10:6 11:8 12:3,17 42:17 43:10

**head** 16:18,22 18:25 19:1 31:15,16 37:15,17,25

**heads** 46:12, 15

**healed** 44:17

**health** 9:24 44:10

**healthcare** 18:18 33:15

**hear** 5:4 16:3 25:3 26:10 33:3 34:7

**heard** 33:19,

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



21 34:3,7

**hears** 42:22

**help** 14:21

**helpful** 5:21 40:8,9

**helping** 43:5 47:11

**here** 4:16 7:23 8:24 14:10 16:17 18:1 21:6,11 29:7 32:9 35:1 39:16 44:25 45:13,23,24 47:15 48:8 49:12

**hey** 31:12

**high** 8:12

**Hill** 40:25

**history** 9:21

**hold** 7:9 21:8 32:19 34:23, 24 41:8,11 45:22

**holding** 18:20 29:4 38:9,10 45:24

**hole** 23:10

**hollering** 16:8 25:15 30:10, 11,12

**Hopefully** 11:21

**hospital** 44:11

**hour** 35:14 48:6

**hours** 48:6 49:16,17

**housed** 7:25

**how** 6:22,25 7:5 15:22 16:19 20:22 21:20 26:21 28:15,19 29:9,13 32:4, 11,20 34:17, 24 36:15 37:14 38:8 39:3 40:13 42:24 45:3 46:3,8 47:19 51:22,23 52:1

**hunger** 33:9, 10,15 50:5,6

**hurt** 16:5 25:1,5 26:4

**hurting** 15:11 16:9 19:19 25:16 26:6 37:15

**hurts** 15:13 25:15,16

---

**I**

**IA** 34:22 36:3 38:22

**identified** 22:23

**IDOC** 9:1 14:13

**if** 5:4,25 6:9 7:23 9:24 11:21 16:22 18:3 19:22 25:6 28:18

30:5 34:19 36:7 38:6 39:4 42:21 44:4 45:23 46:1 48:8,15 49:20,25 50:20,21,23, 25 52:9

**immediately** 28:9

**important** 5:13,20

**in** 4:6,17,21, 23 5:23 8:11, 15 9:24 10:1, 14 11:16,20, 21 14:5,7,8, 11 15:6,7,16 18:10,20,22 19:2,7,8,13, 14,15,16,17, 19,21 20:10, 13,16 21:1,2, 6,17 22:6,7, 17 23:2,3,4,6, 11,13,16,17 24:5 25:14,23 26:3 28:7,16, 19,24,25 29:7,18,24 30:3,6,12 31:3,9,10,18 32:2,5,7,8,9, 11,19,20 33:1,2,7,12, 13,15,20 34:11,12,17, 19,21,22,23, 24 35:18,19, 24 36:4,8,10 37:3 38:3 39:4,5,7,9,14, 15 43:1,7

44:13,14,24 45:11,12,13 47:17 49:7, 11,13 50:3

**incident** 9:21 15:5 33:21 34:6 39:6,25 40:19 42:1 43:22

**included** 51:20

**indefinite** 12:7 44:3

**indicating** 27:2 43:22

**individuals** 37:13

**information** 20:14,16 21:4

**injunctive** 43:3

**injuries** 19:23

**injury** 10:11

**instead** 37:5

**institution** 35:20 36:10

**interactions** 40:15 41:4

**interrupt** 5:15,17

**into** 5:11 6:8 15:15 17:11 18:1,3,19 32:23 33:17 48:11

**Investigation** 35:19

**involved** 9:15 31:3 33:20

**involves** 8:18

**issue** 10:24 11:4,8,22 12:14 21:4 29:22

**issues** 5:6 9:24 10:5,20 12:16,17 13:19 14:1,9 22:4 28:4 30:2 31:23 36:1,3 41:7, 20 43:23

**it** 6:1,2 7:8,20 9:5,10,12,21 10:6,7,8 12:2, 4,7,25 15:10, 12,13 16:3,10 18:2 20:14, 17,18,19 22:6,7,9 23:2, 3,12,14,25 24:2,3,7,8,9, 10,12 25:25 26:16,19,20, 21 28:11,23, 24 29:6,9,15 30:9 31:11 33:4,6,11 34:2 35:17,22 36:16,21 37:10,14 38:10 39:3,4, 9,14,16 42:7, 8,22,23 43:13 44:3,11 45:21,25 46:1,19,20, 21,22,25 47:3,4 49:1,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



13,25 50:14,
16,17 51:4,7,
10,14,16,17,
21,23 52:2,6,
8,10,15,17,18
53:2,4,7

**it's** 5:13,20,21
7:21 10:7,8,9,
13,14 15:8,14
16:9 17:1,9
18:20 19:20
20:19 21:7,8,
9,12,19,21
23:5,13,19,20
24:3 25:18
26:15,16,20
29:10 30:9
32:6 33:6
35:21 36:3,6,
7 38:18 39:18
42:13,17
43:3,12,14
44:3,4,6,10
45:22,23,25
46:1 47:10
48:9,15 51:9
52:6

**itching** 36:2

**items** 22:22
29:22

**its** 15:16

---

### J

**jail** 29:25

**job** 14:14

**John** 18:21
19:11

**Jones** 17:4,5,
6,16,19

**judgment**
50:24 51:19
52:9,10,13

**jump** 18:10

**just** 5:23 7:12
10:7,8 11:3
14:13,20
16:2,15 18:16
19:24 21:23
22:8 23:8
25:13 26:14
27:9,12,23
28:2,22 29:2,
15 30:10,15,
21 31:5 34:25
35:10,16
36:3,4,8 37:5,
19 38:4,13,18
39:17 40:4
42:5,13,23
44:1,7,8,10
45:11,21
46:21 47:10,
25 48:1,2,3,5,
11,15 49:1,6,
23 50:4 51:7,
17 52:7,8,18,
23 53:1,7

---

### K

**keep** 23:8
34:23 51:17

**kept** 16:20

**kicked** 21:2,3
49:10

**kind** 10:17
48:5

**kinds** 47:22

**knew** 16:24

**knots** 19:1
31:15

**know** 5:5,9,22
6:11,24 8:19
9:12 10:8
11:14,22
12:22,25 15:9
16:14,22,24
17:2,21
18:21,24
19:25 20:11,
18,24 21:13,
18,20,21,25
22:3,11 23:2
26:6,21 27:21
28:15 29:2,8,
11,22 30:11,
12 32:22
33:1,20
35:11,16,17
36:23 37:6,8
38:10 39:1
40:4,6,18,22,
23,24 41:1
42:2,21 43:3,
9,12 45:4,15
46:5,6,14
47:10,11
48:1,3,4,6,16,
21,22 49:11,
17 50:10,18
52:7 53:8

**Kramer** 19:8,
14 20:17
31:12,13

---

### L

**L5** 13:14

**lasting** 43:23

**later** 11:24
20:2 21:15

32:7 44:12,14

**layer** 29:14

**lead** 17:12

**leaking** 29:10

**learn** 21:20

**least** 47:20

**leave** 7:23

**left** 19:4,5,6
21:20 35:2
43:11 44:16

**legally** 6:19

**less** 35:14

**let** 5:5,15,17
6:11 8:8
17:21 24:9,22
25:6,11,18
32:25 33:5,9,
12 36:11
41:25 48:22

**let's** 32:22

**Lewis** 18:23
20:18 30:25
31:1,2 51:11
52:3,22 53:13

**Lewis's** 20:19

**lie** 38:7

**lieutenant**
16:22,25
17:3,5

**like** 5:16 6:10
7:9 9:21 10:3,
15 11:2 12:2
13:1,14 15:8,
22 16:8,17,23
17:18,20 18:3
19:2,9 20:12,
14,15,22

21:8,9,11,12,
21 22:11
23:5,14,16,22
24:4,22,23
25:1,5,15
26:15,16,20
27:20,22,23
29:5,6,7,10,
14,23 30:8,9,
12 32:6,7,8
33:6,7 34:24
35:17,18,20,
21,24 36:1,23
37:2,4,10,14,
17,22 38:1,5,
13 39:2,10
40:13,20
42:13,19,21,
22 43:12,13,
14,20,21,22,
23,25 44:1,4,
6 45:18,21,23
46:11,16,18
47:9 48:4
49:16,23
50:9,13,20
51:6 53:4

**likely** 51:1,19
52:12

**limbs** 39:22

**list** 8:9 19:25

**literally** 26:16

**litigation**
38:24

**little** 9:20
13:10 15:21
37:15,21
45:18

**lock** 12:21
28:15,16

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

9

**lockbox** 12:20,23 13:3

**long** 6:22,25 7:5 32:11,20 36:15 43:23 45:3 51:22 52:1

**longer** 43:6

**look** 11:14 17:25 18:25 19:3 28:18 29:5 31:14 43:4 52:2

**looked** 19:4 20:20 31:5,6 33:17

**looking** 19:3 31:21 34:25 38:16 43:8 46:1

**looks** 9:21 12:2

**loosened** 28:21

**lose** 30:13

**lot** 10:9 42:18, 19 46:23

**M**

**mace** 25:5,6 37:3

**mad** 20:6 49:3

**made** 5:10 12:7 28:23 33:6 44:3

**major** 19:21

**make** 5:5

19:23 42:3 44:8 46:24 49:8 50:17 51:7

**making** 5:18 24:18 31:22 37:23 38:2,4

**man** 7:9 16:23 17:3,16,20,25 19:9 25:1,2,4, 13 26:5 29:5 30:11 31:14 42:18 48:25 49:7,8,14,18

**manhandled** 18:9 40:13 49:6

**manhandling** 16:16 18:11

**many** 46:3

**March** 9:22,25 10:12 13:4,7 15:6,22 21:24 32:24 40:14

**marijuana** 24:5,8

**mask** 42:17

**massive** 30:8, 9 44:6

**Mathley** 17:2, 3,4,16,23 18:4,5,14 28:18 29:6 33:18,19 34:3 42:12

**matter** 25:10 52:18

**maybe** 32:13, 22 35:9

**Mccray** 4:2,5, 16 6:20 49:25 53:13

**Mccray's** 23:14

**me** 5:5,17 6:11 8:5,8 9:3 10:7,9 11:3 13:10,13,21, 22,23 14:3,20 15:10,11,21 16:1,6,8,15, 16,18,20 17:4,10,11, 13,14,17,19, 21,23,24 18:9,11,16, 18,19,20,22 19:10,12,14, 22,23 20:1,2, 10,11,15,20 21:2,3,14 23:5,8 24:9, 13,22,24,25 25:1,6,9,12, 14,17,19,25 26:4,6,7,8,17, 19 27:9,17, 20,22,23 28:2,22 30:10 31:11,20 32:18,25 33:8,12,15,25 34:8,11,12, 16,18,23,25 35:4,19,22,24 36:12,22,23, 24,25 37:1,3, 6,23 38:1,2,4, 5,6,12,20,23, 25 39:1,6,13, 14,15,16,17, 18,19,21

40:1,5,12,13 41:25 42:3,5, 9,14,17,22 43:5,13 44:2, 6,8 45:14 46:7 47:1,2, 11 48:22 49:3,9,10,13, 25 50:4,8 51:23

**mean** 19:5,15 20:9,17 27:7, 9 31:5 38:25 39:12 40:10, 20 44:24 45:10 46:11 47:1 50:1

**meant** 25:21

**medical** 9:21 11:7,10 13:18 18:17 19:10, 18 20:10,16 30:19 31:17 39:25 43:13

**medications** 6:4

**medium** 21:2

**mentioned** 13:9,25 21:23 24:14 28:3 29:17 39:8 41:19 44:19

**merit** 15:16

**messed** 10:2 28:25 29:1 43:25 44:2 49:1 50:2

**messing** 23:8

**million** 23:6

**mind** 53:11

**mine** 23:20

**minutes** 32:13 48:9,15 49:16

**missing** 13:15

**mixed** 25:25

**mm-mmms** 5:22

**mobility** 9:25

**monetary** 43:8

**money** 46:24

**month** 46:17

**monthly** 46:16

**months** 21:15 34:9 44:12

**more** 19:23 28:16 32:14 37:16,21 40:5 42:11 43:6 48:4,11 52:12

**morning** 4:16 6:5 15:23 22:5,6,23

**most** 52:23

**mostly** 46:18

**motherfucking** 27:20

**motion** 50:23, 25 51:19 52:13

**Mount** 11:16 21:3,14 23:6

**move** 14:4

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



**moved** 15:24

**Mr** 4:16 53:12, 13

**Ms** 4:15 18:23 20:17 35:13 36:13 41:9, 13,16,18 48:7,14,19 50:12 51:5, 11,15,18,25 52:3,11,20,22 53:4,13

**much** 8:6 29:9 48:11 50:14 51:23 52:21 53:13

**my** 5:14,25 9:5 10:1,2,3, 10 11:5,15 12:12,14,21, 23 13:14,15 14:4,5,25 15:1,9,25 16:4,12,18,21 17:21,22 18:1,2,3,11, 12,15,25 19:1,2,3,22, 24 20:10,12, 16 21:7,17,20 22:21 23:2,3, 12,17,18,19 24:19,22,23 25:3,4 26:1, 14,15,18,20 27:9,10,12, 19,24 28:7, 19,20,25 29:1,7 30:3 31:5,6,14,15, 16 32:9,16, 23,25 33:9

34:1 35:1,17 36:2 37:17,23 38:1,2,3,5,12, 21,23 39:12, 13,16,20,22 40:3,21 42:7, 15 43:4,9,11, 12,24 44:1,5, 9,13,15 48:25 49:1,4,7,15, 16,22 50:2 51:9

**myself** 23:17 33:7

---

**N**

**name** 6:19 17:2,5 18:22 20:19 22:21 23:17,18 24:1 31:12

**name's** 18:23

**names** 25:24

**Naproxen** 20:11,15

**near** 31:20

**necessary** 39:2,3,5

**need** 18:17 19:9,10,15,18 25:2,16 26:5 31:13,17 48:8 50:21 52:24 53:11

**needed** 26:14 35:11

**needs** 41:16

**negative** 41:3

**nerve** 13:16 14:4 21:12, 16,17 40:2 43:10 44:11, 12,14 49:7

**neurologist** 13:24 21:16

**never** 13:24 14:13,14,15 19:5,6,25 20:1 28:12 31:7,20 34:4, 5,10 35:24 39:14,15 41:20 44:7,9 45:11 53:10

**new** 40:23

**next** 9:11 16:3

**nine** 33:10,12, 16

**no** 6:7,21 8:2, 5,8,13,16,21 9:16 10:23,25 11:1 12:10,11 13:1,5 14:17 15:4 17:9 20:12,14 21:5,6 22:2 24:7,22,23 25:21 26:13, 17,18,19 28:11 29:24 30:15,21 31:20 32:1,18 35:25 36:2,10 38:8,10 39:3 40:17 41:5,15 43:5,6 44:4, 17,24 46:18 47:14 48:4 49:1,6,8 51:18 52:9,15

53:8

**nobody** 25:14 33:20 38:10

**nods** 37:25

**none** 47:14

**normally** 50:24

**not** 5:14,16,21 7:11 8:19 11:22 12:20, 22 20:17 23:20,24,25 25:2,18 26:15 28:24,25 29:10 30:3 32:18 34:19, 24 38:15,17 39:3,12,18 42:17,20 43:3 44:24 46:1 51:25 52:9,12

**notes** 32:7 35:1,18

**nothing** 11:17 14:25 16:7 20:20 24:3,13 30:3 32:9 35:21,25 36:1,2,7,8 37:10 45:23, 25 49:9,20,25

**notice** 28:5 53:2

**now** 6:25 7:3 12:16 14:19 16:8 18:15,19 19:7,16 20:25 28:24 29:1 38:14,17 39:6,16 41:12

42:13 44:4,25 45:13 49:10, 15,17

**nowhere** 23:17 31:20

**numb** 21:11, 12

**nurse** 18:23 19:7 20:7 31:2,9,10,12, 13

**nurses'** 18:23

---

**O**

**oath** 8:20

**occurred** 5:11 9:22

**Oelberg** 15:18 25:21,22,25 26:1 27:7,16 28:12 40:15, 20

**of** 4:2 5:2,7,8, 11,14,18,25 6:13 7:6 8:17, 18 9:22,24,25 10:4,9,12,17 11:18 12:16 13:3,4,6,7 14:1,9 15:6, 15,22 16:11 17:2 18:15,23 21:7,10,12, 24,25 23:25 24:9,10,23,24 25:10,23 26:25 28:10 29:18 30:6 31:4,22 32:4, 25 33:3,9,16,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



20 35:20 36:5,9,15,16 37:5,9 38:1,23 39:1,6,10 41:6,21 42:5,6,11,18,19 43:7 44:5 45:5,8,9 46:7,24 47:14,22 48:5,22 49:10,19 50:6,25 51:20,21 52:4,23

**off** 16:16 17:22 24:1,2,20 26:8 27:21,23 33:20 37:12 40:13 42:4,7 46:24

**offer** 46:10

**offering** 46:8

**officer** 18:21 19:4,12 22:7,8,14,15 25:12 31:6

**officers** 16:10 22:9 25:11

**official** 43:21

**often** 46:8 47:19

**on** 5:10 6:4 7:9 8:9,25 11:4,15 13:16 15:24 16:1,8,12,14 17:18 18:1,2,8 19:23 20:4,5,19 21:7,24 23:12,18,22,

23 24:1,25 25:1,4,6,7,8,16 26:5,17,22 27:14,24 28:4,9 31:15 33:9,10,15,22 34:2,5,6,7,9,12,18 36:9 37:1,4,6,9 38:3 39:20,22 40:11 41:8,11 42:17 45:14 49:7,18,24 50:5 53:2

**once** 16:11 17:9,15 46:16

**one** 4:24 5:25 9:4,10,11,15 10:4,5 12:24 14:1 16:11 17:2 18:23 21:12 25:22,23 26:18 30:23 33:19 34:25 35:16 39:18 41:11 42:1,4,9 46:20 51:20

**ones** 26:1 40:12

**only** 9:17 18:6 23:18 28:25 38:13 44:2,3 48:2

**Ooh** 13:1

**open** 18:12 38:6,8,9

**opened** 16:19 19:12 24:21

**order** 15:16 42:10

**original** 23:23 24:1,2

**other** 6:20 8:1,24,25 9:14,15 12:8,9 16:10,20 17:3 23:15 25:10,14,17 29:21 30:1 33:5 37:12 39:24,25 40:1,7 41:3,6,19,21 42:7 50:10 52:15

**our** 50:25 51:20

**out** 5:6 9:12 17:10,13,14 18:10,11,14 19:13,24 21:2,3 24:9,10,23,24 25:5,19 26:4 27:17 28:10 29:18 32:25 33:4,6,9,11,23,24 34:2 36:15,16,18,19,22,23 39:22 46:20,21 47:11 48:2,4,5 49:10 50:6,16

**outside** 17:9,13,14,15 21:15 41:6 44:11

**over** 5:1 18:13 19:1 35:1 43:11 52:2

---

**P**

**pain** 9:5,6 10:7,9 11:3 13:17,23 14:21 15:6,10,14 19:19 30:5,8,9,12 37:5 40:2,4 44:6

**paperwork** 13:2

**paralyzed** 10:3

**part** 5:2 50:25

**participated** 4:23 8:15

**participating** 4:21

**passing** 42:12

**pat** 36:24

**patted** 36:23,25

**pause** 48:8

**pay** 47:1,2

**paying** 47:3

**pen** 22:25 24:8

**people** 23:3,13 31:15 33:2 47:10 48:3 50:10

**PEREZ** 4:15 35:13 36:13 41:9,13,16,18 48:7,14,19 50:12 51:5,

15,18,25 52:3,11,20 53:4,12

**Period** 42:24

**perking** 13:16

**permanent** 49:7

**permit** 11:11,13,15 12:3,8,9,11,20,22 13:3,6 16:2,5 18:6 27:13 28:23 37:8 49:3

**permits** 11:7,9,10

**person** 30:24 33:5

**personnel** 30:19

**pertaining** 12:23 32:10

**physical** 14:8,12,18 15:2 39:10,15

**pictures** 38:23 39:1

**pills** 11:3 13:23 40:3,4

**place** 47:2 50:6

**plans** 15:23

**please** 5:5 6:11

**point** 5:4,25 6:9 8:1 9:17 11:1,25 27:15 28:5 30:14

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Allen McCray
January 27, 2026

31:23,24
48:20 50:12
51:2 52:13,22

**police** 16:9
25:17,24 26:2

**popping** 10:7

**pops** 10:8

**positive** 23:1

**potentially**
52:14

**practitioner**
19:7 20:8
31:9,10,13

**present** 40:8

**pretty** 28:8

**primary** 7:17

**prior** 4:24
7:13 8:11
10:11 15:5
24:18 40:14,
18 41:3

**probably**
10:15 29:14
32:6 33:12,13
37:2 45:4
46:18

**problem** 28:5
44:4

**problems**
10:3 13:10

**proceed**
15:17

**proceeding**
53:16

**programs** 8:4

**property**
11:16,18,23

23:2,3,13,14
32:9

**provide** 5:16

**pulled** 25:5
35:23

**pumping** 29:3

**punishment**
9:6

**purpose** 5:7
21:25

**pushed** 16:18
38:4,5

**pushing** 17:7
21:4

**put** 10:10
12:20,23 15:9
16:1,8 18:19,
22 19:11,14,
15,16 20:17
24:9,25 25:6,
8 27:9 31:17
32:2,5,7,8,18
35:19 36:4,8,
9 37:1,9 39:9
44:5

**putting** 26:18
37:5

---

**Q**

**question** 5:17
41:12

**questions** 5:9
6:1 21:22
48:20

**quick** 48:8,12

---

**R**

**random** 22:9,
11

**reached** 9:8

**read** 20:8
50:17 52:6,8
53:3,7

**real** 10:9
15:11

**really** 5:7
15:10,13
27:24 46:13
48:2,4

**reason** 8:20
23:5 36:11
49:1,6

**recall** 6:6 12:3
29:18

**receive** 39:24

**record** 42:7

**records** 20:16

**red** 20:21

**redness**
29:11

**refused** 38:25
39:1

**regarding**
29:22 43:19

**regardless**
40:3

**related** 5:12
11:22 12:9

**relates** 12:12

**remainder**
33:16

**remember**
17:1,2 25:13
27:18

**remote** 4:2

**removed**
22:24

**report** 38:19

**reporter** 5:14
50:18 51:12
52:5 53:1,6,
10,15

**representing**
4:17

**reprimands**
41:21

**request** 52:23

**residue**
24:11,12

**resisting**
26:9,11,13,15
38:14,15,17,
18

**resolved**
37:10

**respond** 6:6

**rest** 25:23

**restroom** 48:9

**retaliating**
23:8 50:8

**retaliation**
34:4,11,12
49:19

**reverse** 36:21

**review** 15:16
50:15 51:2,4,
7 52:17,18

**right** 5:19
6:12,13 7:2
11:5,6 12:1,
15 16:17
18:13 19:16
21:6,10,18
24:22 27:4
29:7,8 35:7,
12 36:18
39:11 42:20,
25 44:4
45:19,20,23,
24 48:14,16,
17,19 50:15
52:16

**right-handed**
21:18

**ripped** 23:25
24:2

**room** 27:17

**rotator** 10:1,5
11:4 44:1

**routine** 22:4

**rubbing** 13:15

**rules** 5:2

---

**S**

**safety** 35:20,
25 36:2,5,9
42:10

**said** 13:1,14
16:17 19:5,14
20:21 21:23
22:12,14,25
23:2,3,19,23
24:4,21 25:4,
18 28:21 30:9
31:7 32:8
33:18 34:23

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



**35:**18,19,24
36:1 38:21
39:1 42:6
43:9,25 44:1
51:6,13 53:7

**same** 16:21
44:14

**saw** 16:10
17:6,7

**say** 8:9 10:15
11:19 15:8
21:17 23:12,
14 27:6 28:20
30:24 32:13
36:5,16 37:2,
22 38:7,14,17
42:12,21
45:22 46:13

**saying** 17:6
19:25 20:19
21:19 24:2
25:11 26:6
27:21,23
28:15 29:8,12
38:11 40:6
43:21 46:2,
12,14 49:18

**says** 4:8

**scars** 44:16

**scheduled**
13:23

**school** 8:8,12

**schools** 8:14

**second** 34:25
41:11

**security**
35:20 36:1,3,
5,9 42:11

**see** 5:4 11:15

13:23 18:11,
17,21 19:8,
10,15,18
20:7,9,10
27:24 28:23
30:11,20,22
31:11,13
32:7,22 33:12
38:6,7 40:12
41:25 46:12,
19

**seeing** 40:25
41:1

**seeking** 43:1,
16

**seen** 28:18,19
33:18 34:4,5,
10

**seg** 17:24
18:18,19,20
23:10 28:2
32:18,23,25
33:1,5,9 34:5,
6,17,18,19,
21,22 35:19,
23,24,25
36:4,5,8,9,10
38:20 42:6,15
49:10 50:4

**segregation**
32:20 34:9

**send** 34:18
49:13 51:10,
14,16,23
52:6,18 53:2,
7

**sending** 50:4

**sense** 49:8
52:4

**sent** 21:3,14

34:16 42:10
49:9

**sentence** 8:22

**Sergeant**
40:15

**services** 46:9

**settlement**
9:9,10

**shakedown**
15:25 21:25
22:1,3,4,7,10,
23 24:21 26:2
41:20

**shakedowns**
41:6

**shoes** 17:22

**short** 46:22

**shot** 13:22

**should** 48:21

**shoulder** 10:1
12:2,9,12,21,
23 14:24
15:3,7 28:25
30:6 39:12
40:3 43:19,24

**shoulder's**
10:2

**shoulder/
rotator** 10:20

**shouldn't**
24:2

**show** 45:25

**showed** 44:11

**sic** 14:1

**sick** 19:14,15,
16,24 20:1,3
31:18 32:2,5,

8 39:9

**side** 5:8 11:4,
6

**sign** 53:3

**signature**
50:22 51:3
53:5,9

**since** 5:2 7:1,
6,16 10:20
11:1 14:10
31:11 39:9
40:5 43:25
45:4,6,17
49:12

**single** 26:22,
25

**sit** 19:12

**situation**
32:10

**six** 21:15 34:8
44:12

**skin** 18:1,2,3,
15 28:7,20
29:7,11,13,15

**slamming**
31:16

**smoke** 24:9

**smoked** 24:10

**some** 5:1,11
6:8 10:14
11:25 12:16
13:9 14:1,21
18:17 19:10
20:11 21:22
23:5 28:4
30:19 31:17
39:9,10,19
42:1,11 44:5

**somebody**
19:8,19 20:18
23:25 31:11
38:9 42:16

**somebody's**
43:5

**somehow**
23:24

**someone**
41:9,14 47:4

**something**
10:14,15
20:22 38:18
39:21 43:25
45:24 49:4

**sometimes**
46:19,20,21

**somewhere**
10:15 15:24
18:24

**soon** 32:4

**sorry** 25:21,
24 41:13 45:9

**sounds** 39:10
53:4

**SPEAKER**
35:4,7,10

**specialist**
40:2 44:11

**specifically**
15:3

**spine** 13:15

**splint** 39:13

**squeezed**
18:2

**staff** 20:23

**staffed** 46:22

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



**start** 29:2 48:10

**started** 15:22 16:16 28:14 29:15

**starting** 21:21

**Stateville** 12:19

**stay** 32:11

**steady** 25:3 26:4 49:13 50:7

**Sterling** 11:16 21:3,15

**still** 17:15 21:4,5,6,17 38:3 44:14 50:2

**stop** 16:23 49:13

**story** 5:8

**stretch** 36:6 39:22

**stretching** 14:21,23 39:17,19,23

**strike** 33:10, 16 50:5,6

**struggling** 10:17

**stuff** 14:22 18:2 19:1 21:9 28:13 31:15 38:23 42:7 49:11

**such** 8:18 39:2

**sudden** 39:7

**suffering** 9:6

**suit** 9:18

**suits** 8:25

**summary** 50:23 51:19 52:9,13

**supervisor** 42:2

**suppose** 14:10

**supposed** 14:11 34:24 39:13,15 49:21

**sure** 5:5 7:11 19:23 44:8 50:18 51:7,25

**surgery** 10:22 11:2 14:5,6

**sustain** 19:23

**sweating** 29:2

**swelling** 20:21

**swoll** 19:2

**swollen** 31:16

**sworn** 4:8

**synthetic** 23:1 24:5,7

---

**T**

**tac** 19:22

**take** 5:5,24 6:10 17:24 38:22 39:1 42:3 48:8,11

50:1

**taken** 36:16 48:18

**takes** 33:4

**talk** 9:20,23 12:1,15 38:21 42:25 48:3

**talked** 34:22

**talking** 12:2 20:6,13 22:7 31:17

**targeted** 24:4

**targeting** 23:5

**team** 19:23

**technically** 7:17

**tell** 9:3 13:10, 13,21 14:3 15:21 19:11, 14

**telling** 8:19 16:2,4 17:25 18:4,5,15,16, 19,25 19:3,18 26:4,14 27:9 28:17 39:6

**ten** 46:11,15

**terms** 9:24 43:7

**test** 21:16

**tested** 23:1 24:8

**than** 6:20 8:24 9:14 12:8 35:14 39:24 40:1,7 41:19 50:10 52:12,

15

**Thank** 50:14 52:20 53:12, 15

**that's** 4:20 7:9 12:14 13:16 15:10,11 16:19 17:4, 12,15 20:13 24:21 26:2,21 27:16,17,21, 22 28:17,20, 23 29:5 30:10 32:24 33:12, 24 36:11 37:3,7 39:23 42:24 43:16 44:7 47:3,10 48:1,25 50:9 52:13,14 53:2

**them** 5:24 12:20,22 16:2,4,11,23 17:2,7,8,21 18:4 19:1,11, 18 20:13 21:8 23:7 24:18 26:4,14 28:18,21,23 30:3,22 34:12,23 37:14 38:1, 16,22 40:5,18 41:4 42:18,19 43:6,12 45:22 46:10

**then** 13:25 16:7,11,20 17:11,23 18:14,22 20:10 26:23 28:16 29:1

31:9,10 32:23 34:20 36:11, 25 37:13 38:4 39:9,19 40:21 48:10 49:3 50:21 51:1, 10,14 53:10

**therapy** 14:8, 11,12,18 15:2 39:10,15

**there's** 11:21 14:25 16:17 17:12,13 21:4 26:17,19 33:2 38:8 39:2 52:9

**these** 10:4 14:9,23 17:18 21:6,10 31:15

**thing** 16:21 18:6 23:17,18 38:13 39:2 44:2,6

**things** 21:23

**think** 9:5 12:10,11,12 19:20 20:19 27:16 35:13 40:9,23 42:1, 16 43:14 48:9,10,21,24 52:5,16

**this** 4:24 5:25 6:4 8:24 9:12, 17 10:11 11:1 13:3 16:5 17:10 18:8, 11,21 19:20 20:7,22,23, 24,25 21:1,2, 5,7,10,11,12

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



23:9,14,15 25:1,4,15,16, 17 26:4,5,7 27:2,15,21 28:13 29:5 30:6 32:4 34:11 35:3,5, 15,22,23 36:5 37:1,4,9,11 38:15,17,22, 24 39:2,7,8 40:19 42:1 43:1,5,22 44:12,13 46:16 47:2 48:20,22 49:12,18 50:3,9,12 51:1 52:22

**those**  5:6 9:3, 8,14 13:11 41:24

**though**  26:16 34:2 42:18,20 52:10

**thought**  22:9 53:6

**three**  16:21 17:9 33:13,14 34:8 44:13 46:18,19 47:20

**threw**  9:12 33:11,23,24 34:2

**through**  10:4 16:19,21 17:7 22:10 31:16 37:4 38:5,6, 12 49:11

**throwing**

37:23 38:2,3

**ticket**  23:4,16, 18,22,23,25 24:1,2 32:25 33:3,9,11,19, 21,23,25 34:1,3,7,8 39:7 42:17,22 49:22,24

**tickets**  42:18

**tight**  18:2

**till**  20:1

**time**  8:6,9 10:16 19:21 21:5 22:18 29:19 39:18, 20 42:15 44:3 47:13 48:2 50:14 52:4 53:13

**times**  46:19 47:20

**to**  4:24 5:6,8, 12,14,16,21, 22 6:5,8,10, 20 7:12,13, 23,24 8:6,8, 11 9:9,20,23 10:14 11:14, 22,23 12:1,9, 12,15,18,20, 22,23 13:23 14:11,12,21 15:5,8,17,24, 25 16:1,3,4, 20,23 17:10, 11,12,14,24 18:3,12,17,18 19:8,9,12,14, 15,18,22,24 20:1,2,7,9,23

21:3,5,14,15, 19,20,24 23:10 24:3,9, 13,15,16,18, 19,25 25:1,3, 9,12,25 26:1, 3,19 27:6,17, 22 28:2 29:4 30:16,20,22 31:10,13 32:10,16,17, 23 33:1,2,3,4, 5,15 34:4,5,8, 11,16,17,18, 20,22,23,24 35:11,22,24, 25 36:3,8,12, 14,16,22 37:1,3,6,7,9, 12 38:9,20, 21,22,25 39:1,13,14, 15,16,18,22 40:1,8,9,14, 19 42:2,3,5,6, 10,25 43:4, 10,11 44:5, 10,11 45:14, 25 46:15 47:12 48:3,8, 11,15,22 49:2,4,5,9,21, 25 50:4,6,13, 15,17,20,21 51:2,3,4,6,7, 10,15,23 52:2,6,17 53:1,2,3,7

**today**  4:21 5:7 44:13

**toe**  14:4

**together** 43:14,15

**toilet**  24:20

**told**  17:8 18:4, 7 19:10,22 20:12 34:23 42:5 49:23

**too**  8:6 12:21 15:13

**took**  17:4,19, 23 18:18 28:2 33:14 36:16 37:5 38:20 42:4 49:22 50:18

**towards**  9:22

**trade**  8:14

**training**  8:14

**transcript** 52:24

**transfer**  34:9, 10,17,19 35:23,24

**transferred** 34:13

**Travis**  22:21

**tray**  42:3,4

**treatment** 13:18 39:25 43:13

**trial**  9:9

**trick**  35:22,23

**tried**  25:25 37:3 42:3

**triggers**  12:21

**Trone**  15:19 16:15 17:7 26:3,7 27:19 28:13 40:16,

23

**Trone's**  40:23

**truth**  8:19

**truthfully**  6:2, 6

**try**  5:6 34:8 43:11

**trying**  16:1,3 17:24 21:19 24:24,25 25:3 26:3 36:22 37:1 38:16 39:22 50:6

**twice**  46:17

**two**  9:14 21:6 22:8 23:3,13 26:22 32:6 33:2 46:19,21 48:6 49:16

**type**  42:6 44:5

**types**  41:21

---

**U**

**Uh-huh**  4:19

**uh-huhs**  5:22

**Um-hmm**  27:8

**uncuffed** 18:4,14 28:18,21

**uncuffing** 33:18

**under**  8:20

**understand** 34:19,22 37:24 39:4 49:5,19

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



DEFENDANTS' EXHIBIT A

Allen McCray
January 27, 2026

**understanding** 15:19 51:10

**understood** 6:1

**UNIDENTIFIED** 35:4,7,10

**unit** 18:9 40:11,21

**unless** 26:19 38:9

**unloosened** 18:6

**unusual** 9:6

**up** 10:2 17:16 20:23 22:5 24:16,22,25 25:12,18,25 28:14 29:1,7, 8,16 31:21 39:5 40:12 43:25 44:2, 17,18 48:10 49:1 50:2 52:12

**us** 5:8 33:3 52:25

**use** 33:1 43:11 47:16 48:8

**used** 16:17 24:9

**using** 18:11, 12 24:20

---

### V

**varies** 46:22

**VELAZQUEZ** 4:15 35:13

36:13 41:9, 13,16,18 48:7,14,19 50:12 51:5, 15,18,25 52:3,11,20 53:4,12

**verbally** 5:21

**version** 52:23

**very** 5:23 21:19

**violations** 41:22

**visits** 49:17

---

### W

**wait** 7:8 25:18

**waiting** 8:9

**waive** 50:22 51:3 53:8

**waiving** 53:5

**walk** 37:23 38:4 47:24,25 48:1

**walked** 42:4

**walking** 16:13 37:13 48:3

**want** 9:20,23 10:14 12:1,15 15:8 16:3 36:3,8,14 38:21 42:2,25 43:2 48:15,22 50:20 51:2,4 52:17

**wanted** 38:22 48:11 49:4

53:1,7

**warrant** 35:25

**wash** 24:22, 23

**way** 12:5 17:17 24:9 25:13 26:17, 19 28:10 38:8

**we** 5:5,13 11:23,24 32:25 46:13 47:9,20 48:10,15,23 50:14,23,24 51:18 52:22

**we'll** 5:11 35:13

**we're** 8:24 52:12

**week** 46:4,5, 13,20,21 47:2,21

**weight** 33:4 49:23

**weights** 10:14

**well** 13:10 22:6 23:18 43:24 53:14

**went** 13:24 14:14,15 19:24 20:10 23:9,10 32:17,23 33:9 38:21 39:18, 19 42:5 44:10

**Western** 7:2, 5,13,19,20, 21,24 8:3 11:20,21

14:16 23:7 32:9 34:20,23 35:18 39:14 44:24 49:13

**what** 5:11 6:13,15 8:22 9:3,23 10:5 12:16,19 13:13,21 14:3 15:6,22,24 16:23 17:17 19:14,20,25 20:9 21:18,25 26:6 27:18, 21,22,24 28:4,15,23 29:8,12,18 30:5,10 31:3, 22 32:4 34:21 35:3,15,17,21 36:11 38:10, 14 40:6 41:6, 12,24 43:1,8, 16 44:13 46:2,12,14 47:22 49:18, 21 50:9 52:7

**what's** 13:16 14:18 16:14 17:4,21 20:11 23:7 26:25 27:14 43:2,3

**whatever** 5:15,17,23 17:24 19:16 21:16 24:12

**when** 10:10 11:12 12:4, 18,25 14:6,12 15:10 16:7 17:15,18 18:19 19:11,

13 20:8,25 21:1,10,14 23:4,15 24:19,21 25:8,9,13,17 26:2,7,19 27:5,16,19,22 28:7,11,20 29:4,5,6 30:6 33:1,8 34:17, 20 36:19 37:3 38:20,21 41:25 44:10 45:12,13 46:11,14 50:10 51:18 52:8,14

**whenever** 15:9

**where** 6:17 11:18 18:9 32:15 34:15 37:1 39:5,7 50:3

**whether** 22:3

**which** 11:4 23:23 49:6

**while** 8:3 14:15 19:17 27:15 28:9 30:22 35:8 38:2

**who** 16:25 20:18 22:20 25:22,23,25 27:7 30:24 33:4,19

**whoever** 33:4

**whole** 21:11

**why** 15:11

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



18:15 20:24 23:3 27:17 28:17,21 33:23,24 34:22 35:21 38:15,16 44:7 47:10

**will** 5:5,14 52:1

**William** 24:15

**Williams** 22:8, 15 25:9,12, 13,22 26:1 27:17

**wing** 16:16 17:11 18:9 26:8

**wiping** 24:20

**with** 5:22 9:10,15 10:6, 17 14:1,21 15:17 16:15, 21 17:21 20:20 21:20 22:5,17,20 23:8,19 24:3, 13 25:23 26:18 27:14, 18,24 28:4,5 37:14 38:5 40:1,12,15 41:4 42:1,14 43:5 44:7 45:19 49:22, 23,25 52:8

**within** 34:8

**witness** 4:6 35:5,9,12,15 41:11,15 48:13,17,24 51:4,13,17,22

52:1,7,16 53:8

**witnessed** 33:21

**witnesses** 23:19

**won't** 8:8 15:12 19:13 40:5 51:6 52:10

**word** 42:12

**work** 21:19,20 48:4 53:14

**worked** 45:11, 12

**worker** 40:22

**worry** 53:9

**worse** 28:23

**would** 7:23 27:3 36:15 37:10 40:8,25 45:24 47:19, 20,22,25 49:21,22 50:2,13,24 51:1,19 52:14,22

**wouldn't** 25:11 26:13 50:1,3 51:20 52:15

**wrist** 18:3 28:25 29:1

**wrists** 18:25 19:3 26:23 28:4,6 29:1 31:6,16,22 43:19

**writ** 7:2 45:14

**write** 42:12,22 50:8,10

**writing** 8:19 23:10 34:12 47:9

**writs** 12:19

**wrong** 16:24 17:18,21 20:11,20 49:9,20

**wrote** 20:4,5 23:4,9,15,16, 22 33:25 42:8,16,23 49:24 50:7

---

**Y**

**ya'll** 16:23 25:16 26:5 51:14

**yard** 47:13,15, 16

**yeah** 6:3 7:4,8 9:19 10:13,19 11:10,11 12:5 14:2 22:25 23:22 24:12 25:24 30:8 31:25 33:24 35:2,5,9 36:24 37:18 40:10,20 41:12,23 42:19 43:17 44:17,20,22 45:2,7,10,17, 21 46:3 47:1, 2,7,18 48:1 52:16

**years** 8:10,23 29:24,25 34:5 41:1 44:14

**yep** 14:10

**yes** 4:22,25 7:15 9:2 10:21 13:8,20 15:20 22:16, 19 24:17,19 25:20 26:24 30:18 32:3 34:14 51:16

**young** 45:18

---

**Z**

**zero** 20:21

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

