DEFENDANT'S EXHIBIT E

| | |
|---|---|
| Illinois Department of Corrections | Zorian Trusewych, M.D. |
| Wexford Health Sources | Shana Clarkson, APRN |
| Healthcare Unit | Karen Howard, NP-C |
| 2500 Rt. 99 South | |
| Mt. Sterling, IL 62353 | |
| Phone – (217) 773-4441 | |
| Fax – (217) 773-2365 | |

ORDER DATE: _6·9·23_

Name: _McCray, Alan_    Date of Birth: _5·11·75_

IDOC Number: _M52575_

TEST:

_Emg Bilat arms Hands_

Dx: _R20.2 paresthesia of hands Bilat_

_____K. Howard An_____
Provider Signature

**Please fax all test results to (217) 773-2365**

DEFENDANT'S EXHIBIT E

W'''3 16

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Health Status Transfer Summary

**Transferring Facility:**

HILL CORRECTIONAL  Center

Date: 3/13/23     Time: 6:00     ☐ a.m. ☒ p.m.

**Offender Information:**

McCray     Alan     ID#: K 52575
Last Name          First Name          MI

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: Doxycycling     Food Handler Approved: ✓

Current / Acute Conditions / Problems: ∅

Chronic Conditions / Problems: ∅

**Current Medications** (name, dosage, frequency, and duration)

Acute Short-term: ∅ Ultram

Chronic Long-term: ∅

Chronic Psychotropic: Remron

Current Treatments: ∅

Therapeutic Diets: General

Follow-Up Care: Psych

Chronic Clinics: ∅

Specialty Referrals: as needed

Significant Medical History: ∅

Physical Disabilities / Limitations: ∅

Assistive Devices / Prosthetics: ∅     ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date ___ ∅     ☐ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___     ☐ Packet Complete

Spayr  LPN
Health Care Staff and Title          Signature          3/13/23  Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___     Date: ___     Time: ___     ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint: ___

Current Medications/Treatment: ___

**Assessment.**
___

**Objective.**

Physical Appearance/Behavior: ___

Deformities: Acute/Chronic ___

T: ___  P: ___  R: ___  B/P: ___ / ___

**Plan: Disposition:**

☐ Health Information Given     ☐ Emergency Referral ___
☐ Sick Call:  Urgent / Routine
    ☐ Medication Evaluation     ☐ Therapeutic Diet     ☐ Special Housing     ☐ Chronic Clinics
    ☐ Work / Program Limitation     ☐ Specialty Referrals     ☐ Other (specify)
☐ Infirmary Placement: ___
☐ Other (specify) ___

Printed Name and Title          Signature          Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title          Date          ☐ Approved          ☐ Denied

Health Care Staff Signature and Title          Date          ☐ Approved          ☐ Denied

Distribution:  Offender's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper          DOC 0090 (Rev. 12/2018)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## Hill C.C.    Center

| Offender Information: | | |
|---|---|---|
| McCray | Alan | ID#: K52575 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/25/23 11A | L.P.N. / R.N. Note Last psych. notes reviewed. Dx u/s depression D/O PTSD, Cannabis use D/O ICE Received new orders this date. See script. | — Page, RN |
| 3/28/23 0815 | LPN Note! Was asked by security to assess p/t whom was just brought into R.H. P/t was complaining of ® wrist & hand numbness due to being "single" cuffed instead of "double cuffed." Active ROM, ⊘ pain, radial pulse present, cap refill <3 sec, ⊘ swelling, redness noted, ⊘ abrasions SPO2 99% room air, HR 119, Temp 97.9°f. A&O x3, no obvious distress noted — | — ✓ Lin, LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## Hill C.C. _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCray | alan | | ID#: K52575 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/28/23 11:00AM | MH Note: ok to double cell | (signature) |
| 3-28-23 11A | LPN Note Double Cell Ass done | R Clarken |
| 3/29/23 5⁴⁵p | LPN Note: Refused all assessments for Hunger Strike. | R. Donas, LPN |
| 3/30/23 0325 | RN Note: hunger strike. O- VS 99 84 18 133/97 SPO₂ 9N 8RA. A&Ox4. Mucus membranes moist and pink. Skin turgor WDL. Patient denies any fluid or food intake this shift. Reports is urinating. | P: ① education giv... R/T risks of malnutrition and dehydration. Patient voiced understand "If they give me what I want." C Stewar |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:   000597

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Hill C.C. _____ Center

Offender Information:

McCray    Alan    ID#: K52575
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/30/23 7p | LPN Note:- Hunger Strike VS: 138/81, HR 136, $SpO_2$ 94%, 96.4°F, 237.6 lbs, A+Ox3, pink, moist mm, ⊖ tenting, edu. given. | R. Jones, LPN |
| 3/31/23 0530 | RN note: hunger strike O-vs 97³ 83 16 120/60 $SpO_2$ 97 $\frac{2}{8}$ RA AAOx4. Mucus membranes pink and moist. Skin turgor WDL. Patient reports taking sips of water. Reports is urinating. Patient states is on hunger strike "because of legal work @ first but now it goes way beyond that." | education given RTT risks of malnutrition and dehydration and the damage that could occur to his body. Patient verbalized understanding C. Stewart |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Hill C.C. _____ Center

Offender Information:

McCray    Alan         ID#: K52575
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/30/23 7p | LPN Note :-<br><br>Hunger Strike VS : 138/81, HR 136, $SpO_2$ 94%, 96.4°F, 237.6 lbs, A+Ox3, pink moist mm, ⊖ tenting, edu. given. | R. Jones, LPN |
| 3/31/23 0530 | RN note : hunger strike<br>O- VS 97³ 83 16 120/60 $SpO_2$ 97 ∈ RA<br>A&Ox4. Mucuo membranes pink and moist. Skin turgor WDL. Patient reports taking sips of water. Reports is urinating. Patient states is on hunger strike "because of legal work @ first but now it goes way beyond that." | P education given ®TT<br>risks of malnutrit<br>and dehydration<br>and the damage<br>that could occur<br>to his body.<br>Patient voiced undst<br><br>C Stewart |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## Hill C.C. _____ Center

Offender Information:

McCray                    Alan
Last Name                 First Name          M.         ID#: K52575

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-1-23 0355 | RN note: hunger strike. O-patient refused to get out of bed for physical assessment and vital signs. "Not this early today." A&Ox4 Does report taking "sips of water." | P- education possible risks R/T malnutrition and dehydration. "I know, I know, You told me yesterday." ② dlm. Osteuser |
| 4/1/23 1450 | LPN Note: Hunger Strike A+Ox3, ~~skin~~ mucous membranes Pink + moist, skin & tenting, BP 142/96, HR 94, RR 18 98%, Wt 235.8 lbs, P/t educated on drinking more water, he reports to drinking "a little bit" urine dip performed ——— Lun 2 LPN | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

## Hill C.C. Center

Offender Information:

McCray                    Alan                    ID#: K52575
Last Name                 First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 04/01/23 103p | RN note: Hunger strike A+O x 4, skin ø tenting, mucus membrane moist BP 130/72 HR 92, RR 18, 98% | P. Education given redgarding R/F malnutrition, dehydration "I got it." RN Slaggnu |
| 4/2/23 | LPN Note: Hunger Strike A+O x3, skin ø tenting, mucus membranes pink + moist, BP 140/86, HR 98, RR 20 94% wt 235.2 lbs, P/t educated on dehydration, urine dip performed | SLund LPN |
| 4/3/23 0330H | CNA NOTE: V/S BP: 133/97 HR: 91 O2: 97 T: 97.8 RR:16 W: 233.8 | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## Hill C.C. _____ Center

Offender Information:

_____ _____ ___ ID#: _____
Last Name                First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/3/23 8:45am | NP note<br>S. pt seen today for hunger strike. pt reports drinking water, and is urinating w/o difficulties.<br>O. A.O x4, NAD. lungs cta, Cardiac RRR ∅ bruit, weight: 232.8 lbs. mucus membranes moist/pink<br>A: hunger Strike | P: ① CBC, cmp today 4/3/23 ✓ done<br>② provider assessment on 4/6/23 - will move to infirmary if remains on hunger strike @ that time<br>③ educated on risks S. Shinn -f e.up<br><br>notes<br>[signature] 4/3/23 |
| 4/3/23 10:30p | LPN note:<br>CBC and CMP drawn<br>① AC ō 21 gua - Send to uspc - [signature] | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

## Hill C.C. _____ Center

Offender Information:

McCray          Alan                    ID# X5257
Last Name       First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/3/23 8p | LPN Note:<br><br>HS assessment: BP 162/109, HR 132, $SpO_2$ 97%, 233.8 lbs, slight tenting, moist mm, A+Ox3, education. | ~~2138~~ R. Jones, LPN |
| 4/4/23 7p | LPN Note:<br><br>HS assessment: BP 100/48, HR 128, $SpO_2$ 94%, 226.6 lbs, slight tenting, moist mm, A+Ox3, education. | R. Jones, LPN |
| 4-5-23 0350 | RN Note: Hunger strike assessment<br>O- patient refused to come to door for physical assessment and vital signs. "Not today Nurse Stein." Patient reports as "sipping water" denies any other oral intake. | ① education given on the risks of dehydration and malnourishment.<br>② encouraged fluid and nutritional intake po.<br>③ Patient voiced understanding<br>C. Stein RN |

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

Printed on Recycled Paper

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000602

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

## Hill C.C. _____ Center

Offender Information:

McCray (Last Name)   Alan (First Name)   MI   ID#: K52575

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/5/23 10:00am | LPN Late Note! Pt was assessed for HS @ 1400 on 4/4/23. Pt was A+O x3, BP 156/100, HR 82, temp 96.9°f, RR 18, 99% room air. X skin tenting, moist mucus membranes, pt educated on risks of dehydration. No urine collected, pt reported he "just went to the bathroom". Wt. 231.6 lbs. ———— ⎯⎯ LPN | |
| 4/5/23 1300 | LPN Note! HS assessment A+O x3 BP 144/104, HR 103, RR 18, 95% room air, X tenting, moist mm, pt reported | |

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000603

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

## Hill C.C.    Center

Offender Information:

McCray                     Alan                          ID#: K52525
Last Name                  First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Cont. | "Sipping as much as I can, in a minute Ima stop that". Pt educated on dehydration & malnourishment. | _____ Shure LPN |
| 4/5/23 545p | LPN Note: HS assessment: 228.6 lbs, 97.3°F, 97%, HR 106, 155/123, slight tenting, moist mm, A+O x3, educated. | R. Jones, LPN |
| 4-6-23 0310 | RN NOTE: Hunger strike assessment O- A&O x4. VS 97² 86 18 99/70 SBP 96°RA. oral cavity pink & moist. reports urinating s difficulty. Report last BM 4-4-23. Reports BM as "watery". Patient reports drinking water throughout day. Patient states, "I know your lecture and I'm ready to die for this." Skin color WOL. Skin dry. Cap refill <3. BS normoactive x4. Lungs CTA. All lobes gait steady. Speech CTA. | P- ① continue to educate on Risks of harm to body from malnourishment and dehydration. Patient states, "I know your lecture and I'm ready to die for this." ② MH referral done. C Stewro. |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

Hill _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCray | Alan | | ID#: K52575 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/6/23 1245 | **DOCTOR INFIRMARY ADMISSION NOTE** | **PLAN:** |
| | BY: (circle one): MD  NP  PA  DDS LICENSED MENTAL HEALTH PROFESSIONAL | **VITAL SIGN FREQUENCY:** QShift |
| | (ACUTE)        CHRONIC | |
| | **SUBJECTIVE:** | **DIET:** ⌀ Advance to bland. advance to regular |
| | **HISTORY:** HS Started 3/29. States he is drinking H2O. C/o ⒷB wrist pain/numbness/ edema, but States edema improved. States he is on HS | **ACTIVITY:** as tol. |
| | | **MEDICATION ORDERS:** |
| | **DURATION:** for "Bogus ticket." | ① Cont Tramadol + Tylenol as Rx. |
| | **OBJECTIVE:** | ② Naproxen 500mg BID PRN ✓ |
| | **PHYSICAL EXAMINATION:** a/o x4, NAD PERRLA ⊖ trauma head/face. RRR, lungs cta Ⓑ. Wrist ROM WNL, Ⓑ hand grips equal. Ⓑ Radial pulse present. ↑2cap refill, ⊖ edema to hand/wrist, ⊖ bruising, ⊖ deformity. | **OTHER ORDERS:** |
| | | ① Encourage food/fluids |
| | **CURRENT CONDITION:** Stable. | ② Reminded pt of policy/ procedure, addressing providers thru NSC - Not thru Bullpen gate. |
| | **OTHER MEDICAL CONDITIONS:** Back pain Psych | ③ CBC, CMP, UA dip ✓ |
| | **ADMITTING DIAGNOSIS:/ASSESSMENT** Hunger Strike | [signature] |

Distribution. Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Noted 4/6/23 JB

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ Center

**Offender Information:**

McCray                    Alan                    ___    ID#: K52575
Last Name                First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/6/23 1426 | **Infirmary Nurse Admission Note:** (Acute Care)        Chronic Care | **PLAN:** |
| | **Subjective:** Chief Compliant | MD NOTIFIED: yes |
| | Hunger Strike started 3/29/23. | HCUA NOTIFIED: yes |
| | | DIETARY NOTIFIED: N/A |
| | | TYPE OF DIET: _____ FORM SENT |
| | | MEDICATION ORDERS: |
| | Duration: Since 3/29/23 @ 3:50p | See MAR |
| | **Objective:** | |
| | BP 142/91/T 97.1  P 134  R 18  Wt 231 | |
| | Oxygen Saturation 97% | |
| | Peak Flow: 1 N/A  2 N/A | OTHER ORDERS: |
| | HEART: HRRR | Encourage food + water. |
| | LUNGS: clear in all fields bilaterally | |
| | EYES: PERRLA | |
| | SKIN: (circle) WARM  MOIST (DRY) CLAMMY | |
| | SKIN COLOR: WDL per ethnicity | TREATMENT: |
| | SPEECH: (circle) (CLEAR) SLURRED | as recommended by providers |
| | MOBILITY: ↑ independently as tolerated | |
| | | ACTIVITY: as tolerated |
| | ELIMINATION: pt reports "still going fine" | ORIENTATION TO THE INFIRMARY |
| | | RULES, CALL FOR HELP, PLAN OF CARE |
| | MENTAL STATUS: A+O x3 | |
| | **ASSESSMENT:** | OTHER: |
| | NURSING DIAGNOSIS: | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:     000606

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

<u>HILL CORRECTIONAL</u>    Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| McCray | Alan | | K52575 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4\5\23 1300 | LPN Note: Lab collected CBC cmp & urine dip. Urine dip reviewed by NP. 21g @AC 1st attempt — | _____ LPN |
| 4/6/23 2020 | Nurse Note: Pt is awake & talkative. Pt is A/O X3. Skin is clean, dry & intact Pt is drinking fluids. Pt encouraged to start eating & edected how lack of nutrition can affect the body. VS: BP 138/6, T 97.6, HR 102, O2 98%, RR 16 — C. 7ul RN | |
| 4/7/23 0430 | RN Note: hunger strike O- Patient lyin bed. Refused breakfast tray. Patient refused vitals and physical assessment. "Man, I don't feel like getting up. It is too early. I know your talk already Nurse, you don't have to tell me again." Patient reports is drinking water and urinating without difficulty. | P- refusal signed by staff continued as patient didn't want to sign. ② educated on risks of dehydration, malnourishment and the risks on the body ___ RN |
| 4-7-23 0800 | RN Note: VS 138/92, 92, 96%, 18, 97⁶ — MATRN | |
| 4-7-23 0815 | RN Note: unable to obtain assessment and weight due to surcurity concerns MATRN | |
| 4-7-23 102 | RN Note hunger strike ended pt drank a boost — MATRN | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

HILL CORRECTIONAL     Center

Offender Information:

Last Name: McCray     First Name: Alan     MI: ___     ID#: K52575

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/7/23 15:30 | RN Note: PT off hunger strike. PT transferred to OR18 c̄ meal tray and belongings | DPearce, RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:     000608

DEFENDANT'S EXHIBIT E

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Mccay       Alan      ID#: K52575

Last Name     First Name    MI

Facility: _____

| Date | | | 4/6/23 | | | | 4/7/23 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | / | | | | / | | | | / | | | | / | | | | / | | | | | | |

**Temperature** (106, 105, 104, 103, 102, 101, 100, 99, 98, 97 — mark ~97 on 4/7/23)

| | 4 AM | 8 AM | 12 AM | 4 PM | 8 PM | 12 PM |
|---|---|---|---|---|---|---|
| Pulse | | | 102 | | | ® 92 |
| Respiration | | | 16 | | | ® 18 |
| Blood Pressure – 6 AM | | | | ® 137/82 | 96% | |
| Blood Pressure – 8 PM | 130/86 | 98% | | | | |

Weight / Height: ®

Bath: C-P-T-S — Ⓘ (4/6), Ⓘ (4/7)
Oral Hygiene
PM Care
Diet

Bed positioning: Ⓘ (4/6), Ⓘ (4/7)
R.O.M. Exercises

| Staff Name | | |
|---|---|---|
| 7-3 | | M H RN |
| 3-11 | C Tut RN | |
| 11-7 | C Deur R | |

Distribution: Offender's Medical Record     Printed on Recycled Paper     DOC 0110 (Eff. 9/2002) (Replaces DC 1705)

DEFENDANT'S EXHIBIT E

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Vital Sign Graphic Flow Sheet

Offender Information:

Last Name _____  First Name _____  MI _____  ID#: _____

Facility: _____

| Date | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | / | | | / | | | / | | | / | | | / | | | / | | | / | | | / | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | |

Temperature: 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

Pulse

Respiration

Hours: 4 AM, 8 AM, 12 AM, 4 PM, 8 PM, 12 PM

Blood Pressure

| Weight | Height |
| Stools | Urine |

Bath: C-P-T-S

Oral Hygiene

PM Care

Diet

Ate: W F P

Slept: W F P

Activity

Bed Rest

Bed positioning

R.O.M. Exercises

Whirlpool

Transfers

Walk

Other:

Staff Name: 7-3, 3-11, 11-7

Distribution:   Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

_____    _____    ____    ID#:_____
                 Last Name                           First Name            MI

Facility: _____

| | |
|---|---|
| Date | |
| Hosp Day/Po Day | / / / / / |

| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Temperature: 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

| | |
|---|---|
| Pulse | |
| Respiration | |

| Hours | |
|---|---|
| 4 AM | |
| 8 AM | |
| Blood 12 AM | |
| Pressure 4 PM | |
| 8 PM | |
| 12 PM | |

| Weight | Height | |
|---|---|---|
| Stools | Urine | |

| | |
|---|---|
| Bath: C-P-T-S | |
| Oral Hygiene | |
| PM Care | |
| Diet | |
| Ate | W | F | P |
| Slept | W | F | P |

Activity:

| | |
|---|---|
| Bed Rest | |
| Bed positioning | |
| R.O.M. Exercises | |
| Whirlpool | |
| Transfers | |
| Walk | |
| Other | |

| Staff Name | 7-3 | |
|---|---|---|
| | 3-11 | |
| | 11-7 | |

Distribution:  Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000611

DEFENDANT'S EXHIBIT E

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

_____    _____  _____    ID#:_____
                 Last Name                          First Name              MI

Facility: _____

| | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hosp Day/Po Day | | / | | | / | | | / | | | / | | | / | | | | | | | | | | | | | | | | |
| Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Temperature**

106
105
104
103
102
101
100
99
98
97
96

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hours 4 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood    12 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pressure  4 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weight    Height | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stools     Urine | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bath: C-P-T-S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral Hygiene | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM Care | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ate    W  F  P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Slept   W  F  P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bed Rest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bed positioning | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.O.M. Exercises | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Whirlpool | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Transfers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Walk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Staff Name   7-3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3-11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11-7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Distribution:   Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000612

DEFENDANT'S EXHIBIT E

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Last Name _____ First Name _____ MI ___ ID#: _____

Facility: _____

| Date | | |
|---|---|---|
| Hosp Day/Po Day | | |
| Hour | | |

Temperature: 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

Pulse

Respiration

Hours: 4 AM, 8 AM, 12 AM, 4 PM, 8 PM, 12 PM

Blood Pressure

Weight / Height

Stools / Urine

Bath: C-P-T-S

Oral Hygiene

PM Care

Diet

Ate: W F P

Slept: W F P

Activity

Bed Rest

Bed positioning

R.O.M. Exercises

Whirlpool

Transfers

Walk

Other

Staff Name: 7-3, 3-11, 11-7

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.: 000613

DEFENDANT'S EXHIBIT E

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

_____  _____ _____ ID#:_____
Last Name                              First Name                    MI

Facility: _____

| Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | / | | | | / | | | | | / | | | | | / | | | | | / | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | | |

Temperature: 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

| Pulse | |
| Respiration | |

| Hours | | |
|---|---|---|
| | 4 AM | |
| | 8 AM | |
| Blood | 12 AM | |
| Pressure | 4 PM | |
| | 8 PM | |
| | 12 PM | |

| Weight | Height | |
| Stools | Urine | |
| Bath: C-P-T-S | | |
| Oral Hygiene | | |
| PM Care | | |
| Diet | | |
| Ate | W | F | P |
| Slept | W | F | P |

Activity

| Bed Rest | |
| Bed positioning | |
| R.O.M. Exercises | |
| Whirlpool | |
| Transfers | |
| Walk | |
| Other: | |

| Staff Name | 7-3 | |
| | 3-11 | |
| | 11-7 | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.: 000614

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Progress Notes

_____ HILL CORRECTIONAL _____ Center

| Offender Information: | | | |
|---|---|---|---|
| _____ | _____ | ____ | ID#: _____ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | *INFIRMARY DISCHARGE SUMMARY BY:* | **INFIRMARY DISCHARGE ORDERS:** |
| | (circle)   MD   DENTIST   PSYCHIATRIST | |
| | | |
| | **ADMISSION DATE:** | |
| | | |
| | **DISCHARGE DATE AND TIME:** | |
| | | |
| | | |
| | **ADMITTING DIAGNOSIS:** | |
| | | |
| | | |
| | | |
| | **DISCHARGE DIAGNOSIS:** | **FOLLOW UP PLAN:** |
| | | |
| | | |
| | **INFIRMARY COURSE:** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**HILL CORRECTIONAL** Center

Offender Information:

_____  _____  _____  ID#: _____
Last Name                         First Name               MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | *INFIRMARY DISCHARGE SUMMARY BY:* | **INFIRMARY DISCHARGE ORDERS:** |
| | (circle)   MD   DENTIST   PSYCHIATRIST | |
| | | |
| | **ADMISSION DATE:** | |
| | | |
| | **DISCHARGE DATE AND TIME:** | |
| | | |
| | | |
| | **ADMITTING DIAGNOSIS:** | |
| | | |
| | | |
| | | |
| | **DISCHARGE DIAGNOSIS:** | **FOLLOW UP PLAN:** |
| | | |
| | | |
| | **INFIRMARY COURSE:** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:  000616

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Henry Hill Correctional     Center

**Non-Specific Discomfort**

Offender Information:

McCray     Alan     ID# K52575
Last Name    First Name

| Date/Time | Subjective. Objective. Assessment | Plans |
|---|---|---|
| 4-20-23 1215 P | S) - Any Allergies — Doxicycline | P) MD Referral |
| | - Location of pain / discomfort — (B) thumb numbness | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain — Stabbing Throbbing ~~Constant~~ Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10 | |
| | - Duration of pain — 23 d | No MD referral |
| | O) T 98³ P 72 R 16 97% BP 120/52 WT 228 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort — NO | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching |
| | - Observations related to body part affected — ∅ visual abnormalities. pt already on the schedule to see Shinn 4-26-23. Discuss at this time | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | A) Non-Specific Discomfort | Nurse Signature — M. Tomlinson RN |
| | | Payment voucher   YES   (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9 2002) (Replaces DC ____)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional    Center

| Offender Information: | | |
|---|---|---|
| McCray | Alan | ID#: K52575 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-26-23 | LPN Note: | |
| 0800 | Pt ~~clinic~~ Flu labs | |
| | r/s d/t lockdown. | |
| | r/s 5-1-23 | A Montesinos LPN |
| 4-28-23 | LPN note | |
| 0947 | Rapid Covid test | |
| | completed. Negative | |
| | results. | PS Young |
| 4-28-23 | LPN note | |
| 9:55A | HSTS completed for | |
| | transfer. | PS Young |
| 4-28-23 | MH note | |
| 11:09am | Pt double celling completed. W. Schunkdown | |
| 4-28-23 | LPN note | |
| 11:15A | Seg double celling completed. | |
| | Note: Low Bunk. | PS Young |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000622

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

## Hill C.C. _____ Center

Offender Information:

McCray　　Alan　　ID#: K52575
Last Name　　First Name　　MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/29/23 0700 | LN Note Late entry HS assessment at 4/28/23 Notified at 1000am on 4/28/23 that pt was on hunger strike. BP 150/82 HR 64 RR 20 97% Pt educated on risk of hunger strike. Mucus membranes pink & moist no tenting ———— | ———— LPN |
| 4/29/23 0654 | RN Note: This RN was notified at 0445 that pt. McCray had ended the hunger strike on second shift. ———— | MStaggs RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:　000623

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

HILL CORRECTIONAL Center

**Offender Information:**
McCray    Atter Alan    ID#: K52575
Last Name    First Name    MI

Date: 4-28-23    Time: 955A    ☑ a.m  ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA Doxycycline    Food Handler Approved: 2-27-23 8mm

Current / Acute Conditions / Problems:

Chronic Conditions / Problems: Bilat Wrist Pain, unspec Depressive D/O, ? TSD, Cannabis use D/O, KE

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: Naproxen 500mg BID PRN, Tylenol 500mg ii PO TID.

Chronic Psychotropic: Remeron 15mg PO QHS

Current Treatments: ∅

Therapeutic Diets: Regular

Follow-Up Care: F/u labs from 4-20-23, Psych

Chronic Clinics: ∅

Specialty Referrals: ∅

Significant Medical History: Multiple GSW - Plts '97, Abdomen, Paralysis R foot

Physical Disabilities / Limitations: Double cuff, low bunk indef.

Assistive Devices / Prosthetics: ∅    ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date _____    ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol  ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

PSY Young LPN    PSY Young    4-28-23
Health Care Staff and Title    Signature    Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____    Date: _____    Time: _____    ☐ a.m.  ☐ p.m.

**Subjective:**    **Assessment:**

Current Complaint: _____

Current Medications/Treatment: _____

**Objective:**    **Plan:** Disposition
Physical Appearance/Behavior: _____    ☐ Health Information Given    ☐ Emergency Referral: _____
_____    ☐ Sick Call: Urgent / Routine
_____    ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
Deformities: Acute/Chronic _____    ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
_____    ☐ Infirmary Placement: _____
T: ___ P: ___ R: ___ B/P: ___ /    ☐ Other (specify) _____

Printed Name and Title    Signature    Date

☑ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

M. Schmid    4-28-23    ☑ Approved    ☐ Denied
Mental Health Professional Signature and Title    Date

_____    ☐ Approved    ☐ Denied
Health Care Staff Signature and Title    Date

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Rev. 12/2018)

DEFENDANT'S EXHIBIT E

Seg 10

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

WESTERN ILLINOIS CORRECTIONAL Center

Offender Information:

McCray    Alan    ID#: K5257J
Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/29/23 234pm | Orientation WICC Health Care Unit, medication procedures, sexual assault prevention, AIDS/HIV disease information provided. PFR/VFR DOC 0494, completed per I/M account only. I/M signed document stating that He answered to the best of his ability. Nursing staff signed along with I/M to state that the form was completed together. DOC 0494 then Given to mental health for further evaluation. No access to master file at this time. | -Chart reviewed. -Problem list updated. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Jacob Mitchell, RN |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000625

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional ____ Center

**NSC #1**

**Non-Specific Discomfort**

Offender Information:

McCray                Alan                   ID# K52575
Last Name          First Name       MI

| Date/Time | Subjective Objective Assessment | Plans |
|---|---|---|
| 5/19/23 11:11 Am | RN NOTE  (PN)/CMT NOTE<br><br>S) - Any Allergies? Doxycycline<br>- Location of pain / discomfort?<br>(R) thumb<br>- Describe pain<br>Stabbing  Throbbing  Constant  Intermittent  Etc<br>Numb<br>- Have you had this pain before and how was it treated?<br>Yes, Naproxen<br>- Rate pain level scale of 1 – 10?<br>8<br>- Duration of pain?<br>2 months<br>O)  T 98  P 68  R 18  BP       WT<br>- Signs of obvious discomfort<br>∅<br><br>- Observations related to body part affected<br>∅ defect<br>ROM intact | P) MD Referral if:<br><br>- Patient presents more than twice at NSC for c/o same discomfort within one month<br><br>- Patient presents with signs of acute, severe discomfo<br><br>- Patient has abnormal vital signs<br><br>No MD referral.<br><br>- Acetaminophen 325 mg  1 – 2 tablets t.i.d. PRN x 3 days (18 tablets)<br><br>- Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)<br><br>Patient Teaching<br><br>- Return to see provider if symptoms worsen or interfer with daily functioning<br><br>Has previous meds |
| | A) Non-Specific Discomfort | Nurse Signature  C. _____<br><br>Payment voucher      YES        NO |

Distribution: Offender's Medical Record

DOC 0044 (Eff. 9/20
(Replaces ...)

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000626

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional      Center

**Non-Specific Discomfort**

Offender Information:

McCray     Alam     ID# K32575
Last Name     First Name     MI

| Date/Time | Subjective Objective Assessment | Plans |
|---|---|---|
| 6/1/23 8:35m | **RN NOTE     LPN/CMT NOTE** S) - Any Allergies? Doxy - Location of pain / discomfort? Bil hands - Describe pain Stabbing  Throbbing  Constant  Intermittent  Etc - Have you had this pain before and how was it treated? - Rate pain level scale of 1 – 10? March – Numbness - Duration of pain? O) Since march 95% 96.4 a2 18 127/84 233 - Signs of obvious discomfort - Observations related to body part affected | **P) MD Referral if:** - Patient presents more than twice at NSC for c/o same discomfort within one month - Patient presents with signs of acute, severe discomfort - Patient has abnormal vital signs **No MD referral:** - Acetaminophen 325 mg  1 - 2 tablets tid  PRN x 3 days (18 tablets) - Ibuprofen 200mg 1-2 tabs tid  PRN for 3 days (18 tabs) **Patient Teaching** - Return to see provider if symptoms worsen or interfere with daily functioning |

# needs to see about waist chains refer to NP

Refured

Nurse Signature

Payment voucher     YES     NO

A) Non-Specific Discomfort

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/20) (Replaces DC 7)

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**WESTERN ILLINOIS CORRECTIONAL** Center

Offender Information:

McCray _____ Alon _____ ___ ID#: K52595

Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/9/23 | **NP SICK CALL** WT 234 BP 124/79 T 97.9 P 65 R 18 SPO2 98% | Bilateral hand Numbness |
| | S. Pt % bilat hand numbness along 4+5th and thumb of (R) hand and between Thumb and 1st finger of (L) hand. Pt reports on 3/28/23 he was in cuffs for 30min states he was "manhandled" by Security at Hill correctl. Reports hand swollen p̄ w/o pain, just constal numbness | 1. EMG. 2. continue Naproxen. PPN |
| | O) Numbness c̄ percussin (R) wrist, tingling (R) dub. Tapping Radial (L) arm causes tingling thumb tingly (R) | |

McCray v. Oelberg, et al., (25-4050) IDOC Document No.:    000630

DEFENDANT'S EXHIBIT E

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

WESTERN ILLINOIS CORRECTIONAL  Center

Offender Information:

_McCray_ _____  _Alen_ _____   _____ ID#: _____
Last Name            First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/14/03 | + _causs tig_ (R) | |
| | _thirt. Grips_ L > R | |
| | (R) hand dominant. | |
| | Full ROM Bilat wrist | |
| | hands and arms, & | |
| | Δ throughout day. | |
| | 1. parasthesia of hands ——— K. Hd B | |
| | | noted _Pallaro_ 6/10/23 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)